# EXHIBIT E

**Environmental Solutions Group**
*a division of MudTech Services LP*
PO Box 4562
Houston, TX 77210-4562



# INVOICE

Inv #: 21143
Date: January 31, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT:** Jeffrey Harrison

Due Date: 1/31/2014
Terms: Due On Receipt

Customer ID: M-NTGV001
SalesPerson: William Stavinoha

AFE #: 132121
CONSULTANT:: Jeffrey Harrison
Customer: Seneca
Job Type: Land
Requisitioner: STerranova

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Elk County PA
Dates Worked: 01/12/2014 - 01/25/2014
Location: Elk County PA
Well Name: H Pad 48H 132117

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Mileage | MILES | 300 | 0.555 | 166.50 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

| | |
|---|---|
| Subtotal: | 7,516.50 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 7,516.50 USD |