EXHIBIT   B 1



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MudTechServices**

# INVOICE

| | |
|---|---|
| **Inv #:** | **139156** |
| **Date:** | **December 3, 2013** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-81

| | | | | |
|---|---|---|---|---|
| Due Date: | 12/3/2013 | | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | | SalesPerson: | William Stavinoha |

---

AFE #: UWSAP-D2205-DRL, UWSAP-D2174-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Well Name: PMG Allen Unit 5H, APMG Allen Unit 2H

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County, PA
Dates Worked: November 20 - December 3, 2013
Requisitioner: STerranova

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,208.30 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,208.30 USD |

**"The Force In Outsource"**

**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

**Inv #: 134164**

**Date: September 3, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1931

Due Date: 09/03/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140642
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/28/2013 - 09/03/2013
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1J-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 315.30 | 315.30 |
| Rental | Each | 1 | 2,789.39 | 2,789.39 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Fuel for Rental | Each | 1 | 70.00 | 70.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |
| Fuel for Rental | Each | 1 | 35.02 | 35.02 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 7,361.76 |
| Insurance Adj: | 0.00 |
| Total: | 7,361.76 USD |

**"The Force In Outsource"**

 New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECH**SERVICES

# INVOICE

**Inv #: 135800**

**Date: October 1, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO # C-03

| | |
|---|---|
| Due Date: 10/01/13 | Customer ID: S-MISW011 |
| Terms: Due On Receipt | Salesperson: William Stavinoha |

| | |
|---|---|
| AFE #: UWSAP-D2200-DRL, UWSAP-D2175-DRL | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | Customer: Chevron |
| Dates Worked: 09/18/2013 - 10/01/2013 (1 Travel Day) | Job Type: Land |
| Location: Westmoreland County, PA | Requisitioner: STerranova |
| Well Name: Guardasoni 2H, PMG Allen Unit 3H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |
| Fuel for Rental | Each | 1 | 60.00 | 60.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,260.30 |
| Insurance Adj: | 0.00 |
| Total: | 8,260.30 USD |

**"The Force In Outsource"**

 **New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

**Inv #: 134163**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1845

Due Date: 08/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140641
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/14/2013 - 08/27/2013 (1 Travel Day)
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1H-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 316.80 | 316.80 |
| Hotel | Each | 1 | 145.13 | 145.13 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Baggage Fee | Each | 1 | 35.00 | 35.00 |
| Fuel for Rental | Each | 1 | 34.00 | 34.00 |
| Fuel for Rental | Each | 1 | 61.00 | 61.00 |
| Fuel for Rental | Each | 1 | 55.00 | 55.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

**MudTech**SERVICES

# INVOICE

**Inv #: 134163**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watwontown, PA  17777

**CONSULTANT:**  Dwayne Hebert

Due Date:  08/31/13
Terms:   Due On Receipt

Customer ID:  S-MISW011
Salesperson:  William Stavinoha

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Subtotal: | 8,973.98 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | | |
| Acct# 2517212329 | Total: | 8,973.98  USD |
| ABA# 113010547 | | |
| Swift Address: CPASUS44 | | |
| **\*Credit Card payments are accepted - a 5% service fee applies** | | |



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 136542**

**Date: October 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-21

Due Date: 10/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: UWSAP-D2175-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Requisitioner: STerranova

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County
Dates Worked: 10/02/2013- 10/08/2013
Location: Addison, PA
Well Name: PMG Allen Unit 3H

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 330.70 | 330.70 |
| Rental | Each | 1 | 2,889.48 | 2,889.48 |
| Fuel for Rental | Each | 1 | 33.70 | 33.70 |
| Fuel for Rental | Each | 1 | 63.00 | 63.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 6,991.88 |
| Insurance Adj: | 0.00 |
| Total: | 6,991.88 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**M**U**D**T**ECH**SERVICES

# INVOICE

**Inv #: 137350**

**Date: October 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-36

Due Date: 10/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

| | |
|---|---|
| AFE #: UWSAP-D2206-DRL | Billing Operator: MI Swaco PA |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Somerset County |
| Customer: Chevron | Dates Worked: 10/16/2013 - 10/29/2013 (1 Travel Day) |
| Job Type: Land | Location: Addison, PA |
| Requisitioner: STerranova | Well Name: PMG Allen Unit 6H |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |
| Fuel for Rental | Each | 1 | 53.00 | 53.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,253.30 |
| Insurance Adj: | 0.00 |
| Total: | 8,253.30 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 137350**

**Date: October 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-36

Due Date: 10/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: UWSAP-D2206-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Requisitioner: STerranova

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County
Dates Worked: 10/16/2013 - 10/29/2013 (1 Travel Day)
Location: Addison, PA
Well Name: PMG Allen Unit 6H

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |
| Fuel for Rental | Each | 1 | 53.00 | 53.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,253.30 |
| Insurance Adj: | 0.00 |
| Total: | 8,253.30 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| Inv #: | 138946 |
| Date: | November 15, 2013 |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-37

| | |
|---|---|
| Due Date: | 11/15/2013 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

AFE #: UWSAP-D2206-DRL, UWSAP-D2204-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Well Name: PMG Allen Unit 6H, APMG Allen Unit 4H

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County, PA
Dates Worked: 10/30/2013 - 11/05/2013
Requisitioner: STerranova

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Hotel | Each | 1 | 108.30 | 108.30 |
| Rental | Each | 1 | 3,066.47 | 3,066.47 |
| Flight | Each | 1 | 530.70 | 530.70 |
| Fuel for Rental | Each | 1 | 27.00 | 27.00 |
| Fuel for Rental | Each | 1 | 50.00 | 50.00 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | | |
|---|---|---|
| Subtotal: | 7,517.47 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 7,517.47 | USD |

**"The Force In Outsource"**



**Oilfield Technical Advisors, LP**
*PO Box 4359*
Houston, TX 77210-4359
281-951-4330

# INVOICE

| | |
|---|---|
| **Inv #:** | **17977** |
| **Date:** | **September 3, 2014** |

**BILL TO:**                                      **CONSULTANT:** Dwayne Hebert

Halliburton Northeast
ATTN: Accounts Payable
343 Riddell Rd
Montgomery, PA 17752

| | | | | |
|---|---|---|---|---|
| Due Date: | 9/3/2014 | Customer ID: | O-HALL034 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | |
|---|---|
| AFE #: D14052 | Billing Operator: Halliburton NE |
| CONSULTANT: Dwayne Hebert | County/Par/St/Ctry: Monroe County OH |
| Customer: Gulfport Energy Corp | Dates Worked: 8/21/2014 - 9/3/2014 |
| Job Type: Land | Location: Monroe County OH |
| Well Name: Campbell 1A | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 475.00 | 6,650.00 |
| Per Diem | DAYS | 14 | 35.00 | 490.00 |
| Fuel | EA | 1 | 20.00 | 20.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0023480654
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 7,160.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 7,160.00   USD |

MudTech [Menefee] 00006155

 **New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:**     **158744**
**Date:**     **December 5, 2014**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew St
Watsontown, PA 17777-7702

**CONSULTANT:** MICHAEL PATTERSON

| | | | |
|---|---|---|---|
| Due Date: | 12/5/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

AFE #: 1340053
CONSULTANT:: Michael Patterson
Customer: American Energy Partners
Job Type: Land
Well Name: Red Farm Hill MDS GR 1H

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Harrison County OH
Dates Worked: 11/25/2014 - 12/05/2014 (1 Travel Day)
Location: Harrison County OH

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Mileage | Miles | 1141 | 0.555 | 633.26 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 6,908.26 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,908.26 USD |

*"Energy Solutions Through the Power of People"*

MudTech [Menefee] 00006156



**Oilfield Technical Advisors, LP**
*PO Box 4359*
*Houston, TX 77210-4359*
*281-951-4330*

# INVOICE

**Inv #:** **17775**
**Date:** **July 26, 2014**

**BILL TO:**

Halliburton Northeast
ATTN: Accounts Payable
343 Riddell Road
Montgomery, PA 17752

**CONSULTANT:** Dwayne Hebert

| | | | |
|---|---|---|---|
| Due Date: | 7/26/2014 | Customer ID: | O-HALL034 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

AFE #: 142254
CONSULTANT: Dwayne Hebert
Customer: Noble Energy
Job Type: Land
Well Name: WFN-4F

Billing Operator: Halliburton NE
County/Par/St/Ctry: Washington County PA
Dates Worked: 07/21/2014 - 07/26/2014
Location: Washington County PA

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 6 | 475.00 | 2,850.00 |
| Per Diem | DAYS | 6 | 35.00 | 210.00 |
| Fuel for Rental | EA | 1 | 39.00 | 39.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0023480654
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 3,099.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 3,099.00 USD |



**Oilfield Technical Advisors, LP**
*PO Box 4359*
*Houston, TX 77210-4359*
*281-951-4330*

# INVOICE

| | |
|---|---|
| **Inv #:** | **17977** |
| **Date:** | **September 3, 2014** |

**BILL TO:**                                              **CONSULTANT:** Dwayne Hebert

Halliburton Northeast
ATTN: Accounts Payable
343 Riddell Rd
Montgomery, PA 17752

| | | | | |
|---|---|---|---|---|
| Due Date: | 9/3/2014 | Customer ID: | O-HALL034 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

---

AFE #: D14052                                    Billing Operator: Halliburton NE
CONSULTANT: Dwayne Hebert              County/Par/St/Ctry: Monroe County OH
Customer: Gulfport Energy Corp            Dates Worked: 8/21/2014 - 9/3/2014
Job Type: Land                                     Location: Monroe County OH
Well Name: Campbell 1A

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 475.00 | 6,650.00 |
| Per Diem | DAYS | 14 | 35.00 | 490.00 |
| Fuel | EA | 1 | 20.00 | 20.00 |

---

WE APPRECIATE YOUR BUSINESS!

**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0023480654
ABA# 113010547
Swift Address: CPASUS44

| | | |
|---|---|---|
| Subtotal: | 7,160.00 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| **Total:** | **7,160.00** | **USD** |



**Oilfield Technical Advisors, LP**
*PO Box 4359*
Houston, TX 77210-4359
281-951-4330

# INVOICE

**Inv #:** 17775
**Date:** July 26, 2014

**BILL TO:**                                           **CONSULTANT:** Dwayne Hebert

Halliburton Northeast
ATTN: Accounts Payable
343 Riddell Road
Montgomery, PA 17752

| | | | |
|---|---|---|---|
| Due Date: | 7/26/2014 | Customer ID: | O-HALL034 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | |
|---|---|---|
| AFE #: 142254 | Billing Operator: | Halliburton NE |
| CONSULTANT: Dwayne Hebert | County/Par/St/Ctry: | Washington County PA |
| Customer: Noble Energy | Dates Worked: | 07/21/2014 - 07/26/2014 |
| Job Type: Land | Location: | Washington County PA |
| Well Name: WFN-4F | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 6 | 475.00 | 2,850.00 |
| Per Diem | DAYS | 6 | 35.00 | 210.00 |
| Fuel for Rental | EA | 1 | 39.00 | 39.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0023480654
ABA# 113010547
Swift Address: CPASUS44

| | | |
|---|---|---|
| Subtotal: | 3,099.00 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 3,099.00 | USD |

MudTech [Menefee] 00006157

**Oilfield Technical Advisors, LP**
*PO Box 4359*
Houston, TX 77210-4359
281-951-4330



# INVOICE

**Inv #:** 17648
**Date:** June 30, 2014

**BILL TO:**

Halliburton Northeast
ATTN: Accounts Payable
343 Riddell Road
Montgomery, PA 17752

**CONSULTANT:** Dwayne Hebert

| | | | |
|---|---|---|---|
| Due Date: | 6/30/2014 | Customer ID: | O-HALL034 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | |
|---|---|---|
| AFE #: D14024 | | Billing Operator: Halliburton NE |
| CONSULTANT: Dwayne Hebert | | County/Par/St/Ctry: Belmont County OH |
| Customer: Gulfport Energy Corp | | Dates Worked: 06/29/2014 - 06/30/2014 |
| Job Type: Land | | Location: Belmont County OH |
| Well Name: Lorna 2-34-H | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 2 | 475.00 | 950.00 |
| Per Diem | DAYS | 2 | 35.00 | 70.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0023480654
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 1,020.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 1,020.00 USD |

MudTech [Menefee] 00006159

**Oilfield Technical Advisors, LP**
*PO Box 4359*
Houston, TX 77210-4359
281-951-4330



# INVOICE

**Inv #:** 17614
**Date:** June 30, 2014

**BILL TO:**
Halliburton Northeast
ATTN: Accounts Payable
343 Riddell Road
Montgomery, PA 17752

**CONSULTANT:** Dwayne Hebert

| | |
|---|---|
| Due Date: | 6/30/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | O-HALL034 |
| SalesPerson: | William Stavinoha |

AFE #: D14023
CONSULTANT: Dwayne Hebert
Customer: Gulfport Energy Corp
Job Type: Land
Well Name: Lorna 1C

Billing Operator: Halliburton NE
County/Par/St/Ctry: Belmont County OH
Dates Worked: 06/25/2014 - 06/28/2014
Location: Belmont County OH

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 4 | 475.00 | 1,900.00 |
| Per Diem | DAYS | 4 | 35.00 | 140.00 |
| Flight | EA | 1 | 400.50 | 400.50 |
| Baggage Fee | EA | 1 | 60.00 | 60.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating
Acct# 0023480654
ABA# 113010547
Swift Address: CPASUS44

| | |
|---|---|
| Subtotal: | 2,500.50 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 2,500.50 USD |



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



**MudTechServices**

# INVOICE

| | |
|---|---|
| **Inv #:** | 143934 |
| **Date:** | **March 15, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-262

| | |
|---|---|
| Due Date: | 3/15/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

| | |
|---|---|
| AFE #: 2013-0068H | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Wetzel County WV |
| Customer: Stone Energy | Dates Worked: 03/02/2014 - 03/04/2014 (1 Travel Day) |
| Job Type: Land | Location: Wetzel County WV |
| Well Name: Stone 1H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 3 | 500.00 | 1,500.00 |
| Per Diem | Days | 3 | 25.00 | 75.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 695.50 | 695.50 |
| Hotel | Each | 1 | 136.78 | 136.78 |
| Rental | Each | 1 | 562.19 | 562.19 |
| Flight | Each | 1 | 352.00 | 352.00 |
| Fuel for Rental | Each | 1 | 50.00 | 50.00 |
| Fuel for Rental | Each | 1 | 15.00 | 15.00 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 3,911.47 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 3,911.47 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

**Inv #:** **143227**
**Date:** **February 21, 2014**

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-190

| Due Date: | 2/21/2014 | Customer ID: | S-MISW011 |
|---|---|---|---|
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: 2013-0069H, 2013-0071H | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Dwayne Hebert | | County/Par/St/Ctry: Wetzel County WV | |
| Customer: Stone Energy | | Dates Worked: 02/08/2014 - 02/21/2014 | |
| Job Type: Land | | Location: Wetzel County WV | |
| Requisitioner: STerranova | | Well Name: Stone 2H, Stone 4H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Fuel for Rental | Each | 1 | 42.01 | 42.01 |
| Fuel for Rental | Each | 1 | 72.00 | 72.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 7,464.01 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 7,464.01 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MudTechServices**

# INVOICE

**Inv #:** 142263
**Date:** February 7, 2014

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-186

| | |
|---|---|
| Due Date: | 2/7/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: 2013-0073H, 2013-0071H | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Wetzel County WV |
| Customer: Stone Energy | Dates Worked: 01/25/2014 - 02/07/2014 (1 Travel Day) |
| Job Type: Land | Location: Wetzel County WV |
| Requisitioner: STerranova | Well Name: Stone 6H, Stone 4H |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 397.00 | 397.00 |
| Fuel for Rental | Each | 1 | 44.00 | 44.00 |
| Fuel for Rental | Each | 1 | 57.00 | 57.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 8,381.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,381.00 USD |

**"The Force In Outsource"**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK


**MUDTECHSERVICES**

# INVOICE

**Inv #:** 141451
**Date:** January 15, 2014

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-140

| | |
|---|---|
| Due Date: | 1/15/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: 2013-0094H, 2013-0072H | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Wetzel County WV |
| Customer: Stone Energy | Dates Worked: 12/29/2013 - 01/11/2014 (1 Travel Day) |
| Job Type: Land | Location: Wetzel County WV |
| Requisitioner: STerranova | Well Name: Stone 7H, Stone 5H |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 777.84 | 777.84 |
| Flight | Each | 1 | 342.00 | 342.00 |
| Flight | Each | 1 | 406.80 | 406.80 |
| Fuel for Rental | Each | 1 | 27.00 | 27.00 |
| Fuel for Rental | Each | 1 | 10.00 | 10.00 |
| Fuel for Rental | Each | 1 | 40.00 | 40.00 |
| Fuel for Rental | Each | 1 | 35.00 | 35.00 |
| Fuel for Rental | Each | 1 | 25.00 | 25.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 9,513.64 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 9,513.64 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| **Inv #:** | **143237** |
| **Date:** | **February 28, 2014** |

**BILL TO:**

MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-218

| | |
|---|---|
| Due Date: | 2/28/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #:  2013-0069H | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Dwayne Hebert | County/Par/St/Ctry:  Wetzel County WV |
| Customer:  Stone Energy | Dates Worked:  02/22/2014 - 02/22/2014 |
| Job Type:  Land | Location:  Wetzel County WV |
| Requisitioner:  STerranova | Well Name:  Stone 2H |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 1 | 500.00 | 500.00 |
| Per Diem | Days | 1 | 25.00 | 25.00 |
| Flight | Each | 1 | 397.00 | 397.00 |
| Rental | Each | 1 | 1,154.05 | 1,154.05 |
| Fuel for Rental | Each | 1 | 46.50 | 46.50 |
| Fuel for Rental | Each | 1 | 32.01 | 32.01 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 2,154.56 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 2,154.56 | USD |

**"The Force In Outsource"**

MudTech [Menefee] 00006241



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

**Inv #:** 139898
**Date:** December 15, 2013

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-102

| | | | |
|---|---|---|---|
| Due Date: | 12/15/2013 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: UWSAP-D2174-DRL | Billing Operator: MI Swaco PA |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Somerset County, PA |
| Customer: Chevron | Dates Worked: December 4-14, 2013 |
| Job Type: Land | Requisitioner: STerranova |
| Well Name: PMG Allen Unit 2H | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Rental | Each | 1 | 1,839.07 | 1,839.07 |
| Flight | Each | 1 | 398.30 | 398.30 |
| Hotel | Each | 1 | 104.88 | 104.88 |
| Hotel | Each | 1 | 204.06 | 204.06 |
| Fuel for Rental | Each | 1 | 40.00 | 40.00 |
| Fuel for Rental | Each | 1 | 49.88 | 49.88 |
| Fuel for Rental | Each | 1 | 17.17 | 17.17 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,428.36 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,428.36 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

| | |
|---|---|
| Inv #: | 139156 |
| Date: | December 3, 2013 |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-81

| | | | | |
|---|---|---|---|---|
| Due Date: | 12/3/2013 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: UWSAP-D2205-DRL, UWSAP-D2174-DRL | Billing Operator: MI Swaco PA |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Somerset County, PA |
| Customer: Chevron | Dates Worked: November 20 - December 3, 2013 |
| Job Type: Land | Requisitioner: STerranova |
| Well Name: PMG Allen Unit 5H, APMG Allen Unit 2H | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,208.30 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,208.30 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 134164**

**Date: September 3, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1931

Due Date: 09/03/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140642
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/28/2013 - 09/03/2013
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1J-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 315.30 | 315.30 |
| Rental | Each | 1 | 2,789.39 | 2,789.39 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Fuel for Rental | Each | 1 | 70.00 | 70.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |
| Fuel for Rental | Each | 1 | 35.02 | 35.02 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 7,361.76 |
| Insurance Adj: | 0.00 |
| Total: | 7,361.76 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 134164**

**Date: September 3, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1931

Due Date: 09/03/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140642
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/28/2013 - 09/03/2013
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1J-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 315.30 | 315.30 |
| Rental | Each | 1 | 2,789.39 | 2,789.39 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Fuel for Rental | Each | 1 | 70.00 | 70.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |
| Fuel for Rental | Each | 1 | 35.02 | 35.02 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 7,361.76 |
| Insurance Adj: | 0.00 |
| Total: | 7,361.76 USD |

**"The Force In Outsource"**

MudTech [Menefee] 00006148

New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK


MUDTECHSERVICES

# INVOICE

**Inv #: 135800**

**Date: October 1, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO # C-03

Due Date: 10/01/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: UWSAP-D2200-DRL, UWSAP-D2175-DRL
CONSULTANT:: Dwayne Hebert
Dates Worked: 09/18/2013 - 10/01/2013 (1 Travel Day)
Location: Westmoreland County, PA
Well Name: Guardasoni 2H, PMG Allen Unit 3H

Billing Operator: MI Swaco NE
Customer: Chevron
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |
| Fuel for Rental | Each | 1 | 60.00 | 60.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,260.30 |
| Insurance Adj: | 0.00 |
| Total: | 8,260.30 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECH**SERVICES

# INVOICE

**Inv #: 134163**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1845

Due Date: 08/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140641
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/14/2013 - 08/27/2013 (1 Travel Day)
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1H-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 316.80 | 316.80 |
| Hotel | Each | 1 | 145.13 | 145.13 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Baggage Fee | Each | 1 | 35.00 | 35.00 |
| Fuel for Rental | Each | 1 | 34.00 | 34.00 |
| Fuel for Rental | Each | 1 | 61.00 | 61.00 |
| Fuel for Rental | Each | 1 | 55.00 | 55.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

 **New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECH**SERVICES

# INVOICE

**Inv #: 134163**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1845

Due Date: 08/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140641
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/14/2013 - 08/27/2013 (1 Travel Day)
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1H-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 316.80 | 316.80 |
| Hotel | Each | 1 | 145.13 | 145.13 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Baggage Fee | Each | 1 | 35.00 | 35.00 |
| Fuel for Rental | Each | 1 | 34.00 | 34.00 |
| Fuel for Rental | Each | 1 | 61.00 | 61.00 |
| Fuel for Rental | Each | 1 | 55.00 | 55.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECHSERVICES**

# INVOICE

**Inv #: 134163**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

Due Date: 08/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Subtotal: | 8,973.98 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | | |
| Acct# 2517212329 | Total: | 8,973.98 USD |
| ABA# 113010547 | | |
| Swift Address: CPASUS44 | | |
| **\*Credit Card payments are accepted - a 5% service fee applies** | | |



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECHSERVICES**

# INVOICE

**Inv #: 136542**

**Date: October 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-21

Due Date: 10/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: UWSAP-D2175-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Requisitioner: STerranova

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County
Dates Worked: 10/02/2013- 10/08/2013
Location: Addison, PA
Well Name: PMG Allen Unit 3H

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 330.70 | 330.70 |
| Rental | Each | 1 | 2,889.48 | 2,889.48 |
| Fuel for Rental | Each | 1 | 33.70 | 33.70 |
| Fuel for Rental | Each | 1 | 63.00 | 63.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - a 5% service fee applies

| | |
|---|---|
| Subtotal: | 6,991.88 |
| Insurance Adj: | 0.00 |
| Total: | 6,991.88 USD |

**"The Force In Outsource"**

MudTech [Menefee] 00006152



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 137350**

**Date: October 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-36

Due Date: 10/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: UWSAP-D2206-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Requisitioner: STerranova

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County
Dates Worked: 10/16/2013 - 10/29/2013 (1 Travel Day)
Location: Addison, PA
Well Name: PMG Allen Unit 6H

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |
| Fuel for Rental | Each | 1 | 53.00 | 53.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,253.30 |
| Insurance Adj: | 0.00 |
| Total: | 8,253.30 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE



**Inv #:** 138946
**Date:** **November 15, 2013**

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-37

| | | | |
|---|---|---|---|
| Due Date: | 11/15/2013 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: UWSAP-D2206-DRL, UWSAP-D2204-DRL | Billing Operator: MI Swaco PA |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Somerset County, PA |
| Customer: Chevron | Dates Worked: 10/30/2013 - 11/05/2013 |
| Job Type: Land | Requisitioner: STerranova |
| Well Name: PMG Allen Unit 6H, APMG Allen Unit 4H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Hotel | Each | 1 | 108.30 | 108.30 |
| Rental | Each | 1 | 3,066.47 | 3,066.47 |
| Flight | Each | 1 | 530.70 | 530.70 |
| Fuel for Rental | Each | 1 | 27.00 | 27.00 |
| Fuel for Rental | Each | 1 | 50.00 | 50.00 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 7,517.47 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 7,517.47 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



**MudTechServices**

# INVOICE

| | |
|---|---|
| **Inv #:** | 143934 |
| **Date:** | March 15, 2014 |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-262

| | | | |
|---|---|---|---|
| Due Date: | 3/15/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | | |
|---|---|---|
| AFE #: 2013-0068H | Billing Operator: | MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: | Wetzel County WV |
| Customer: Stone Energy | Dates Worked: | 03/02/2014 - 03/04/2014 (1 Travel Day) |
| Job Type: Land | Location: | Wetzel County WV |
| Well Name: Stone 1H | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 3 | 500.00 | 1,500.00 |
| Per Diem | Days | 3 | 25.00 | 75.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 695.50 | 695.50 |
| Hotel | Each | 1 | 136.78 | 136.78 |
| Rental | Each | 1 | 562.19 | 562.19 |
| Flight | Each | 1 | 352.00 | 352.00 |
| Fuel for Rental | Each | 1 | 50.00 | 50.00 |
| Fuel for Rental | Each | 1 | 15.00 | 15.00 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 3,911.47 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 3,911.47 | USD |

**"The Force In Outsource"**

MudTech [Menefee] 00006184



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MudTechServices**

# INVOICE

**Inv #:** 143227
**Date:** February 21, 2014

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-190

| Due Date: | 2/21/2014 | | Customer ID: | S-MISW011 |
|---|---|---|---|---|
| Terms: | Due On Receipt | | SalesPerson: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: 2013-0069H, 2013-0071H | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Dwayne Hebert | | County/Par/St/Ctry: Wetzel County WV | |
| Customer: Stone Energy | | Dates Worked: 02/08/2014 - 02/21/2014 | |
| Job Type: Land | | Location: Wetzel County WV | |
| Requisitioner: STerranova | | Well Name: Stone 2H, Stone 4H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Fuel for Rental | Each | 1 | 42.01 | 42.01 |
| Fuel for Rental | Each | 1 | 72.00 | 72.00 |

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Subtotal: | 7,464.01 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | Tax: | 0.00 |
| Acct# 2517212329 | | |
| ABA# 113010547 | Total: | 7,464.01  USD |
| Swift Address: CPASUS44 | | |
| *Credit Card payments are accepted - 5% service fee applies | | |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MudTechServices**

# INVOICE

**Inv #:** 142263
**Date:** February 7, 2014

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-186

| | |
|---|---|
| Due Date: | 2/7/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #: 2013-0073H, 2013-0071H | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Dwayne Hebert | | County/Par/St/Ctry: Wetzel County WV | |
| Customer: Stone Energy | | Dates Worked: 01/25/2014 - 02/07/2014 (1 Travel Day) | |
| Job Type: Land | | Location: Wetzel County WV | |
| Requisitioner: STerranova | | Well Name: Stone 6H, Stone 4H | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 397.00 | 397.00 |
| Fuel for Rental | Each | 1 | 44.00 | 44.00 |
| Fuel for Rental | Each | 1 | 57.00 | 57.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 8,381.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,381.00 USD |

**"The Force In Outsource"**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

**Inv #:** 141451
**Date:** January 15, 2014

| | |
|---|---|
| **BILL TO:** | **CONSULTANT:** Dwayne Hebert |
| MI Swaco | |
| ATTN: Accounts Payable | 7000.562.504001.6220.704.0000.0900 |
| 1110 Matthew Street | Buyer: Mike Sine |
| Watsontown, PA 17777 | PO# C-140 |

| | | | |
|---|---|---|---|
| Due Date: | 1/15/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | |
|---|---|
| AFE #: 2013-0094H, 2013-0072H | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Wetzel County WV |
| Customer: Stone Energy | Dates Worked: 12/29/2013 - 01/11/2014 (1 Travel Day) |
| Job Type: Land | Location: Wetzel County WV |
| Requisitioner: STerranova | Well Name: Stone 7H, Stone 5H |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 777.84 | 777.84 |
| Flight | Each | 1 | 342.00 | 342.00 |
| Flight | Each | 1 | 406.80 | 406.80 |
| Fuel for Rental | Each | 1 | 27.00 | 27.00 |
| Fuel for Rental | Each | 1 | 10.00 | 10.00 |
| Fuel for Rental | Each | 1 | 40.00 | 40.00 |
| Fuel for Rental | Each | 1 | 35.00 | 35.00 |
| Fuel for Rental | Each | 1 | 25.00 | 25.00 |

| | | |
|---|---|---|
| **WE APPRECIATE YOUR BUSINESS!** | Subtotal: | 9,513.64 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | Tax: | 0.00 |
| Acct# 2517212329 | | |
| ABA# 113010547 | Total: | 9,513.64 USD |
| Swift Address: CPASUS44 | | |
| **\*Credit Card payments are accepted - 5% service fee applies** | | |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

**Inv #:** 143237
**Date:** **February 28, 2014**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-218

| | |
|---|---|
| Due Date: | 2/28/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: 2013-0069H | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Wetzel County WV |
| Customer: Stone Energy | Dates Worked: 02/22/2014 - 02/22/2014 |
| Job Type: Land | Location: Wetzel County WV |
| Requisitioner: STerranova | Well Name: Stone 2H |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 1 | 500.00 | 500.00 |
| Per Diem | Days | 1 | 25.00 | 25.00 |
| Flight | Each | 1 | 397.00 | 397.00 |
| Rental | Each | 1 | 1,154.05 | 1,154.05 |
| Fuel for Rental | Each | 1 | 46.50 | 46.50 |
| Fuel for Rental | Each | 1 | 32.01 | 32.01 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 2,154.56 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 2,154.56 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

 **MUDTECHSERVICES**

**Inv #:** 139898
**Date:** December 15, 2013

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-102

| | | | |
|---|---|---|---|
| Due Date: | 12/15/2013 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

AFE #: UWSAP-D2174-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Well Name: PMG Allen Unit 2H

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County, PA
Dates Worked: December 4-14, 2013
Requisitioner: STerranova

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Rental | Each | 1 | 1,839.07 | 1,839.07 |
| Flight | Each | 1 | 398.30 | 398.30 |
| Hotel | Each | 1 | 104.88 | 104.88 |
| Hotel | Each | 1 | 204.06 | 204.06 |
| Fuel for Rental | Each | 1 | 40.00 | 40.00 |
| Fuel for Rental | Each | 1 | 49.88 | 49.88 |
| Fuel for Rental | Each | 1 | 17.17 | 17.17 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,428.36 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,428.36 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

| | |
|---|---|
| **Inv #:** | **139156** |
| **Date:** | **December 3, 2013** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-81

| | | | | |
|---|---|---|---|---|
| Due Date: | 12/3/2013 | | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | | SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #: UWSAP-D2205-DRL, UWSAP-D2174-DRL | | Billing Operator: MI Swaco PA | |
| CONSULTANT:: Dwayne Hebert | | County/Par/St/Ctry: Somerset County, PA | |
| Customer: Chevron | | Dates Worked: November 20 - December 3, 2013 | |
| Job Type: Land | | Requisitioner: STerranova | |
| Well Name: PMG Allen Unit 5H, APMG Allen Unit 2H | | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | | |
|---|---|---|
| Subtotal: | 8,208.30 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,208.30 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 134164**

**Date: September 3, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1931

Due Date: 09/03/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140642
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/28/2013 - 09/03/2013
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1J-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 315.30 | 315.30 |
| Rental | Each | 1 | 2,789.39 | 2,789.39 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Fuel for Rental | Each | 1 | 70.00 | 70.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |
| Fuel for Rental | Each | 1 | 35.02 | 35.02 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 7,361.76 |
| Insurance Adj: | 0.00 |
| Total: | 7,361.76 USD |

**"The Force In Outsource"**

**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



**MUDTECHSERVICES**

# INVOICE

**Inv #: 134164**

**Date: September 3, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1931

Due Date: 09/03/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140642
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/28/2013 - 09/03/2013
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1J-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 315.30 | 315.30 |
| Rental | Each | 1 | 2,789.39 | 2,789.39 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Fuel for Rental | Each | 1 | 70.00 | 70.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |
| Fuel for Rental | Each | 1 | 35.02 | 35.02 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 7,361.76 |
| Insurance Adj: | 0.00 |
| Total: | 7,361.76 USD |

**"The Force In Outsource"**

 New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

**Inv #: 135800**

**Date: October 1, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO # C-03

| | |
|---|---|
| Due Date: 10/01/13 | Customer ID: S-MISW011 |
| Terms: Due On Receipt | Salesperson: William Stavinoha |

| | |
|---|---|
| AFE #: UWSAP-D2200-DRL, UWSAP-D2175-DRL | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | Customer: Chevron |
| Dates Worked: 09/18/2013 - 10/01/2013 (1 Travel Day) | Job Type: Land |
| Location: Westmoreland County, PA | Requisitioner: STerranova |
| Well Name: Guardasoni 2H, PMG Allen Unit 3H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |
| Fuel for Rental | Each | 1 | 60.00 | 60.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,260.30 |
| Insurance Adj: | 0.00 |
| Total: | 8,260.30 USD |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECH**SERVICES

# INVOICE

**Inv #: 134163**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1845

Due Date: 08/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140639, 140641
CONSULTANT:: Dwayne Hebert
Dates Worked: 08/14/2013 - 08/27/2013 (1 Travel Day)
Location: Ritchie County, WV
Well Name: Pens 1F-HS, Pens 1H-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 316.80 | 316.80 |
| Hotel | Each | 1 | 145.13 | 145.13 |
| Hotel | Each | 1 | 444.05 | 444.05 |
| Baggage Fee | Each | 1 | 35.00 | 35.00 |
| Fuel for Rental | Each | 1 | 34.00 | 34.00 |
| Fuel for Rental | Each | 1 | 61.00 | 61.00 |
| Fuel for Rental | Each | 1 | 55.00 | 55.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 134163**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Dwayne Hebert

Due Date: 08/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Subtotal: | 8,973.98 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | | |
| Acct# 2517212329 | Total: | 8,973.98 USD |
| ABA# 113010547 | | |
| Swift Address: CPASUS44 | | |
| **\*Credit Card payments are accepted - a 5% service fee applies** | | |

MudTech [Menefee] 00006151



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECHSERVICES**

# INVOICE

**Inv #: 136542**

**Date: October 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-21

Due Date: 10/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: UWSAP-D2175-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Requisitioner: STerranova

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County
Dates Worked: 10/02/2013- 10/08/2013
Location: Addison, PA
Well Name: PMG Allen Unit 3H

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 330.70 | 330.70 |
| Rental | Each | 1 | 2,889.48 | 2,889.48 |
| Fuel for Rental | Each | 1 | 33.70 | 33.70 |
| Fuel for Rental | Each | 1 | 63.00 | 63.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - a 5% service fee applies

| | |
|---|---|
| Subtotal: | 6,991.88 |
| Insurance Adj: | 0.00 |
| Total: | 6,991.88 USD |

**"The Force In Outsource"**

New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

**Inv #: 137350**

**Date: October 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-36

Due Date: 10/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: UWSAP-D2206-DRL
CONSULTANT:: Dwayne Hebert
Customer: Chevron
Job Type: Land
Requisitioner: STerranova

Billing Operator: MI Swaco PA
County/Par/St/Ctry: Somerset County
Dates Worked: 10/16/2013 - 10/29/2013 (1 Travel Day)
Location: Addison, PA
Well Name: PMG Allen Unit 6H

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 325.30 | 325.30 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |
| Fuel for Rental | Each | 1 | 53.00 | 53.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,253.30 |
| Insurance Adj: | 0.00 |
| Total: | 8,253.30 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

**Inv #:** 138946
**Date:** November 15, 2013

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-37

| | | | |
|---|---|---|---|
| Due Date: | 11/15/2013 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: UWSAP-D2206-DRL, UWSAP-D2204-DRL | Billing Operator: MI Swaco PA |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Somerset County, PA |
| Customer: Chevron | Dates Worked: 10/30/2013 - 11/05/2013 |
| Job Type: Land | Requisitioner: STerranova |
| Well Name: PMG Allen Unit 6H, APMG Allen Unit 4H | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Hotel | Each | 1 | 108.30 | 108.30 |
| Rental | Each | 1 | 3,066.47 | 3,066.47 |
| Flight | Each | 1 | 530.70 | 530.70 |
| Fuel for Rental | Each | 1 | 27.00 | 27.00 |
| Fuel for Rental | Each | 1 | 50.00 | 50.00 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 7,517.47 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 7,517.47 | USD |

---

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MudTechServices**

# INVOICE

| | |
|---|---|
| **Inv #:** | **143934** |
| **Date:** | **March 15, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

| | |
|---|---|
| Due Date: | 3/15/2014 |
| Terms: | Due On Receipt |

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-262

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: 2013-0068H | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Wetzel County WV |
| Customer: Stone Energy | Dates Worked: 03/02/2014 - 03/04/2014 (1 Travel Day) |
| Job Type: Land | Location: Wetzel County WV |
| Well Name: Stone 1H | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 3 | 500.00 | 1,500.00 |
| Per Diem | Days | 3 | 25.00 | 75.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 695.50 | 695.50 |
| Hotel | Each | 1 | 136.78 | 136.78 |
| Rental | Each | 1 | 562.19 | 562.19 |
| Flight | Each | 1 | 352.00 | 352.00 |
| Fuel for Rental | Each | 1 | 50.00 | 50.00 |
| Fuel for Rental | Each | 1 | 15.00 | 15.00 |
| Baggage Fee | Each | 1 | 25.00 | 25.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 3,911.47 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 3,911.47 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE



**Inv #:** **143227**
**Date:** **February 21, 2014**

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-190

| | | | |
|---|---|---|---|
| Due Date: | 2/21/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | |
|---|---|---|
| AFE #: 2013-0069H, 2013-0071H | | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | | County/Par/St/Ctry: Wetzel County WV |
| Customer: Stone Energy | | Dates Worked: 02/08/2014 - 02/21/2014 |
| Job Type: Land | | Location: Wetzel County WV |
| Requisitioner: STerranova | | Well Name: Stone 2H, Stone 4H |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Fuel for Rental | Each | 1 | 42.01 | 42.01 |
| Fuel for Rental | Each | 1 | 72.00 | 72.00 |

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Subtotal: | 7,464.01 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | Tax: | 0.00 |
| Acct# 2517212329 | | |
| ABA# 113010547 | Total: | 7,464.01 USD |
| Swift Address: CPASUS44 | | |
| *Credit Card payments are accepted - 5% service fee applies | | |

## "The Force In Outsource"

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

 **MudTechServices**

# INVOICE

**Inv #:**   142263
**Date:**   February 7, 2014

**BILL TO:**

MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:**  Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-186

| | |
|---|---|
| Due Date: | 2/7/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #:  2013-0073H, 2013-0071H | | Billing Operator:  MI Swaco NE | |
| CONSULTANT::  Dwayne Hebert | | County/Par/St/Ctry:  Wetzel County WV | |
| Customer:  Stone Energy | | Dates Worked:  01/25/2014 - 02/07/2014 (1 Travel Day) | |
| Job Type:  Land | | Location:  Wetzel County WV | |
| Requisitioner:  STerranova | | Well Name:  Stone 6H, Stone 4H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 397.00 | 397.00 |
| Fuel for Rental | Each | 1 | 44.00 | 44.00 |
| Fuel for Rental | Each | 1 | 57.00 | 57.00 |
| Fuel for Rental | Each | 1 | 33.00 | 33.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,381.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,381.00  USD |

**"The Force In Outsource"**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

**Inv #:** 141451
**Date:** January 15, 2014

**BILL TO:**
MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:**  Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-140

Due Date:     1/15/2014
Terms:        Due On Receipt

Customer ID:      S-MISW011
SalesPerson:      William Stavinoha

---

AFE #:   2013-0094H, 2013-0072H
CONSULTANT::  Dwayne Hebert
Customer:  Stone Energy
Job Type:  Land
Requisitioner:  STerranova

Billing Operator:   MI Swaco NE
County/Par/St/Ctry:   Wetzel County WV
Dates Worked:  12/29/2013 - 01/11/2014 (1 Travel Day)
Location:  Wetzel County WV
Well Name:  Stone 7H, Stone 5H

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 777.84 | 777.84 |
| Flight | Each | 1 | 342.00 | 342.00 |
| Flight | Each | 1 | 406.80 | 406.80 |
| Fuel for Rental | Each | 1 | 27.00 | 27.00 |
| Fuel for Rental | Each | 1 | 10.00 | 10.00 |
| Fuel for Rental | Each | 1 | 40.00 | 40.00 |
| Fuel for Rental | Each | 1 | 35.00 | 35.00 |
| Fuel for Rental | Each | 1 | 25.00 | 25.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 9,513.64 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 9,513.64  USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

**Inv #:** 143237
**Date:** **February 28, 2014**

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-218

| | |
|---|---|
| Due Date: | 2/28/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #: 2013-0069H | | Billing Operator: MI Swaco NE |
| CONSULTANT:: Dwayne Hebert | | County/Par/St/Ctry: Wetzel County WV |
| Customer: Stone Energy | | Dates Worked: 02/22/2014 - 02/22/2014 |
| Job Type: Land | | Location: Wetzel County WV |
| Requisitioner: STerranova | | Well Name: Stone 2H |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 1 | 500.00 | 500.00 |
| Per Diem | Days | 1 | 25.00 | 25.00 |
| Flight | Each | 1 | 397.00 | 397.00 |
| Rental | Each | 1 | 1,154.05 | 1,154.05 |
| Fuel for Rental | Each | 1 | 46.50 | 46.50 |
| Fuel for Rental | Each | 1 | 32.01 | 32.01 |

---

WE APPRECIATE YOUR BUSINESS!

**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 2,154.56 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 2,154.56 USD |

---

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE



**Inv #:** 139898
**Date:** December 15, 2013

---

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Dwayne Hebert

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-102

| | | | |
|---|---|---|---|
| Due Date: | 12/15/2013 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: UWSAP-D2174-DRL | Billing Operator: MI Swaco PA |
| CONSULTANT:: Dwayne Hebert | County/Par/St/Ctry: Somerset County, PA |
| Customer: Chevron | Dates Worked: December 4-14, 2013 |
| Job Type: Land | Requisitioner: STerranova |
| Well Name: PMG Allen Unit 2H | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Rental | Each | 1 | 1,839.07 | 1,839.07 |
| Flight | Each | 1 | 398.30 | 398.30 |
| Hotel | Each | 1 | 104.88 | 104.88 |
| Hotel | Each | 1 | 204.06 | 204.06 |
| Fuel for Rental | Each | 1 | 40.00 | 40.00 |
| Fuel for Rental | Each | 1 | 49.88 | 49.88 |
| Fuel for Rental | Each | 1 | 17.17 | 17.17 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,428.36 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,428.36 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| Inv #: | **140648** |
| Date: | **December 31, 2013** |

**BILL TO:**

MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:**  Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-161

| | |
|---|---|
| Due Date: | 12/31/2013 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #:  141405 | | Billing Operator:  MI Swaco NE | |
| CONSULTANT::  Joshua Box | | County/Par/St/Ctry:  Marshall County,WV | |
| Customer:  Noble Energy | | Dates Worked:  December 15-28, 2013 (1 Travel Day) | |
| Job Type:  Land | | Requisitioner:  STerranova | |
| Well Name:  SHL-13A-HS | | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Computer | Days | 14 | 25.00 | 350.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 1,459.38 | 1,459.38 |
| Flight | Each | 1 | 351.80 | 351.80 |
| Flight | Each | 1 | 331.80 | 331.80 |

---

WE APPRECIATE YOUR BUSINESS!

**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 10,342.98 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,342.98 | USD |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

# INVOICE



| | |
|---|---|
| **Inv #:** | **139139** |
| **Date:** | **December 7, 2013** |

**BILL TO:**
MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:**  Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-143

| | |
|---|---|
| Due Date: | 12/7/2013 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

| | |
|---|---|
| AFE #:  140141 | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Joshua Box | County/Par/St/Ctry:  Marshall County, WV |
| Customer:  Noble | Dates Worked:  11/24/2013 - 12/07/2013 (1 Travel Day) |
| Job Type:  Land | Requisitioner:  STerranova |
| Well Name:  SHL-13F-HS | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 1,677.11 | 1,677.11 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Hotel | Each | 1 | 95.20 | 95.20 |

**WE APPRECIATE YOUR BUSINESS!**
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 10,281.41 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,281.41 | USD |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE



| | |
|---|---|
| Inv #: | **139138** |
| Date: | **November 30, 2013** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-63

| | | | | |
|---|---|---|---|---|
| Due Date: | 11/30/2013 | | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | | SalesPerson: | William Stavinoha |

| | | | | |
|---|---|---|---|---|
| AFE #: 141406 | | | Billing Operator: | MI Swaco NE |
| CONSULTANT:: Joshua Box | | | County/Par/St/Ctry: | Marshall County, WV |
| Customer: Noble | | | Dates Worked: | November 3-16, 2013(1 Travel Day) |
| Job Type: Land | | | Requisitioner: | STerranova |
| Well Name: SHL-13B-HS | | | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 2,142.30 | 2,142.30 |
| Hotel | Each | 1 | 672.00 | 672.00 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Flight | Each | 1 | 328.80 | 328.80 |

**WE APPRECIATE YOUR BUSINESS!**
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 11,323.40 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 11,323.40 | USD |

**"The Force In Outsource"**



# New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

**Inv #: 137330**

**Date: October 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-28

Due Date: 10/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 141406
CONSULTANT:: Joshua Box
Dates Worked: 10/13/2013 - 10/26/2013 (1 Travel Day)
Location: Marshall County, WV
Well Name: SHL-13B-HS

Billing Operator: MI Swaco NE
Customer: Noble
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 331.80 | 331.80 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Rental | Each | 1 | 1,952.01 | 1,952.01 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 10,464.11 |
| Insurance Adj: | 0.00 |
| Total: | 10,464.11 USD |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 136527**

**Date: October 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-44

Due Date: 10/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140141
CONSULTANT:: Joshua Box
Dates Worked: 09/26/2013 - 10/05/2013 (1 Travel Day)
Location: Marshall County, WV
Well Name: SHL-13C-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 10 | 500.00 | 5,000.00 |
| Per Diem | Days | 10 | 25.00 | 250.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 331.80 | 331.80 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Rental | Each | 1 | 1,568.11 | 1,568.11 |
| Hotel | Each | 1 | 687.00 | 687.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | | |
|---|---|---|
| Subtotal: | 8,665.71 |
| Insurance Adj: | 0.00 |
| Total: | 8,665.71 USD |

**"The Force In Outsource"**

MudTech [Menefee] 00015125



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH** SERVICES

# INVOICE

**Inv #: 135785**

**Date: September 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO # NE-1962

Due Date: 09/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: X9-0048Y
CONSULTANT:: Joshua Box
Dates Worked: 09/05/2013 - 09/15/2013 (1 Travel Day, 3 Service
Location: Trumbull County, OH
Well Name: Zerovich 1H

Billing Operator: MI Swaco NE
Customer: BP
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Flight | Each | 1 | 393.30 | 393.30 |
| Rental | Each | 1 | 1,437.49 | 1,437.49 |
| Hotel | Each | 1 | 817.00 | 817.00 |
| Hotel | Each | 1 | 510.12 | 510.12 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**Credit Card payments are accepted - a 5% service fee applies*

| | | |
|---|---|---|
| Subtotal: | 9,763.21 | |
| Insurance Adj: | 0.00 | |
| Total: | 9,763.21 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 134149**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1850

Due Date: 08/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: X9-004WD
CONSULTANT:: Joshua Box
Dates Worked: 08/15/2013 - 08/28/2013 (1 Travel Day)
Location: Trumbull County, OH
Well Name: Jewett 1H

Billing Operator: MI Swaco NE
Customer: BP
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Rental | Each | 1 | 2,374.75 | 2,374.75 |
| Hotel | Each | 1 | 1,873.06 | 1,873.06 |
| Flight | Each | 1 | 330.30 | 330.30 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 12,758.41 |
| Insurance Adj: | 0.00 |
| **Total:** | **12,758.41 USD** |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MudTechServices**

# INVOICE

**Inv #: 133405**

**Date: August 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1741

Due Date: 08/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: X9-0048Y
CONSULTANT:: Joshua Box
Dates Worked: 07/25/2013 - 08/07/2013 (1 Travel Day)
Location: Trumbull County, OH
Well Name: Zerovich 1H

Billing Operator: MI Swaco NE
Customer: BP
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Flight | Each | 1 | 340.30 | 340.30 |
| Rental | Each | 1 | 2,093.21 | 2,093.21 |
| Hotel | Each | 1 | 2,006.85 | 2,006.85 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - a 5% service fee applies

| | |
|---|---|
| Subtotal: | 12,619.16 |
| Insurance Adj: | 0.00 |
| Total: | 12,619.16 USD |

**"The Force In Outsource"**

 **NTG**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:**   **150981**
**Date:**   **July 12, 2014**

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Heverly
PO# C-464

| | |
|---|---|
| Due Date: | 7/12/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: 141345 | Billing Operator: MI Swaco NE |
| CONSULTANT:: Joshua Box | County/Par/St/Ctry: Marshall County WV |
| Customer: Noble Energy | Dates Worked: 06/29/2014 - 07/12/2014 |
| Job Type: Land | Location: Marshall County WV |
| Well Name: MND-3FX-HS | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 7,350.00 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 7,350.00 | USD |

**"Energy Solutions Through the Power of People"**

MudTech [Menefee] 00015171

**NTG** **New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **149074** |
| **Date:** | **June 15, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-420

| | |
|---|---|
| Due Date: | 6/15/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: 141319 | Customer: Noble Energy |
| Well Name: MND-3A-HS | Billing Operator: MI Swaco NE |
| CONSULTANT:: Joshua Box | County/Par/St/Ctry: Marshall County WV |
| Dates Worked: 05/25/2014 - 06/07/2014 (1 Travel Day) | Job Type: Land |
| Location: Marshall County WV | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 297.00 | 297.00 |
| Flight | Each | 1 | 348.00 | 348.00 |
| Hotel | Each | 1 | 144.48 | 144.48 |
| Hotel | Each | 1 | 158.46 | 158.46 |
| Rental | Each | 1 | 1,635.04 | 1,635.04 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 10,432.98 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,432.98 | USD |

## "The Force In Outsource"

**New Tech Global Ventures, LLC**
NTG *work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **149074** |
| **Date:** | **June 15, 2014** |

**BILL TO:**

MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:**  Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-420

| | | | |
|---|---|---|---|
| Due Date: | 6/15/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | |
|---|---|---|
| AFE #:  141319 | Customer:  Noble Energy | |
| Well Name:  MND-3A-HS | Billing Operator:  MI Swaco NE | |
| CONSULTANT::  Joshua Box | County/Par/St/Ctry:  Marshall County WV | |
| Dates Worked:  05/25/2014 - 06/07/2014 (1 Travel Day) | Job Type:  Land | |
| Location:  Marshall County WV | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 297.00 | 297.00 |
| Flight | Each | 1 | 348.00 | 348.00 |
| Hotel | Each | 1 | 144.48 | 144.48 |
| Hotel | Each | 1 | 158.46 | 158.46 |
| Rental | Each | 1 | 1,635.04 | 1,635.04 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 10,432.98 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,432.98 | USD |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **148264** |
| **Date:** | **May 29, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-389

| Due Date: | 5/29/2014 | | Customer ID: | S-MISW011 |
|---|---|---|---|---|
| Terms: | Due On Receipt | | SalesPerson: | William Stavinoha |

| | |
|---|---|
| AFE #: 141320 | Customer: Noble Energy |
| Well Name: MND-3B-HS | Billing Operator: MI Swaco NE |
| CONSULTANT:: Joshua Box | County/Par/St/Ctry: Marshall County WV |
| Dates Worked: 05/06/2014 - 05/17/2014 (1 Travel Day) | Job Type: Land |
| Location: Marshall County WV | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 12 | 500.00 | 6,000.00 |
| Per Diem | Days | 12 | 25.00 | 300.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 360.00 | 360.00 |
| Flight | Each | 1 | 336.50 | 336.50 |
| Rental | Each | 1 | 1,368.15 | 1,368.15 |
| Hotel | Each | 1 | 134.40 | 134.40 |
| Hotel | Each | 1 | 268.80 | 268.80 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 9,267.85 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 9,267.85 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 148264
**Date:** May 29, 2014

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-389

| | |
|---|---|
| Due Date: | 5/29/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

AFE #: 141320
Well Name: MND-3B-HS
CONSULTANT:: Joshua Box
Dates Worked: 05/06/2014 - 05/17/2014 (1 Travel Day)
Location: Marshall County WV

Customer: Noble Energy
Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Job Type: Land

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 12 | 500.00 | 6,000.00 |
| Per Diem | Days | 12 | 25.00 | 300.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 360.00 | 360.00 |
| Flight | Each | 1 | 336.50 | 336.50 |
| Rental | Each | 1 | 1,368.15 | 1,368.15 |
| Hotel | Each | 1 | 134.40 | 134.40 |
| Hotel | Each | 1 | 268.80 | 268.80 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 9,267.85 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 9,267.85 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** **146361**
**Date:** **April 26, 2014**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.000.0900
Buyer: Mike Sine
PO# C-356

Due Date: 4/26/2014
Terms: Due On Receipt

Customer ID: S-MISW011
SalesPerson: William Stavinoha

---

AFE #: 142215
Well Name: SHL-23C-HS
CONSULTANT:: Joshua Box
Dates Worked: 04/13/2014 - 04/26/2014 (1 Travel Day)
Location: Marshall County WV

Customer: Noble Energy
Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Job Type: Land

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 299.00 | 299.00 |
| Flight | Each | 1 | 295.50 | 295.50 |
| Hotel | Each | 1 | 1,724.80 | 1,724.80 |
| Rental | Each | 1 | 1,717.88 | 1,717.88 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 11,887.18 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 11,887.18 USD |

**"The Force In Outsource"**

MudTech [Menefee] 00015243



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **145795** |
| **Date:** | **April 15, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.000.0900
Buyer: Mike Sine
PO# C-407

| | | | |
|---|---|---|---|
| Due Date: | 4/15/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

AFE #: 141351
Well Name: WEB-13F-HS
CONSULTANT:: Joshua Box
Dates Worked: 03/23/2014 - 04/05/2014 (1 Travel Day)
Location: Marshall County WV

Customer: Noble Energy
Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Job Type: Land

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 309.00 | 309.00 |
| Flight | Each | 1 | 292.00 | 292.00 |
| Hotel | Each | 1 | 1,736.00 | 1,736.00 |
| Rental | Each | 1 | 1,537.69 | 1,537.69 |

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Subtotal: | 11,724.69 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | Tax: | 0.00 |
| Acct# 2517212329 | | |
| ABA# 113010547 | | |
| Swift Address: CPASUS44 | Total: | 11,724.69 USD |
| *Credit Card payments are accepted - 5% service fee applies | | |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **144639** |
| **Date:** | **March 15, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-248

| | | | |
|---|---|---|---|
| Due Date: | 3/15/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | |
|---|---|---|
| Well Name: SHL-23H-HS | | AFE #: 142236 |
| Billing Operator: MI Swaco NE | | CONSULTANT:: Joshua Box |
| County/Par/St/Ctry: Marshall County WV | | Customer: Noble Energy |
| Dates Worked: 03/02/2014 - 03/15/2014 (1 Travel Day) | | Job Type: Land |
| Location: Marshall County WV | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 193.00 | 193.00 |
| Flight | Each | 1 | 292.50 | 292.50 |
| Hotel | Each | 1 | 534.93 | 534.93 |
| Hotel | Each | 1 | 201.60 | 201.60 |
| Rental | Each | 1 | 2,453.22 | 2,453.22 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | | |
|---|---|---|
| Subtotal: | 11,525.25 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 11,525.25 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| **Inv #:** | **143213** |
| **Date:** | **February 15, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-215

| | | | |
|---|---|---|---|
| Due Date: | 2/15/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | |
|---|---|---|
| AFE #: 142215 | Billing Operator: | MI Swaco NE |
| CONSULTANT:: Joshua Box | County/Par/St/Ctry: | Marshall County WV |
| Customer: Noble Energy | Dates Worked: | 02/09/2014 - 02/12/2014 (1 Travel Day) |
| Job Type: Land | Location: | Marshall County WV |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 4 | 500.00 | 2,000.00 |
| Per Diem | Days | 4 | 25.00 | 100.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Hotel | Each | 1 | 428.40 | 428.40 |
| Rental | Each | 1 | 884.81 | 884.81 |
| Flight | Each | 1 | 287.00 | 287.00 |
| Flight | Each | 1 | 288.50 | 288.50 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 4,488.71 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 4,488.71 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| Inv #: | **142229** |
| Date: | **January 18, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-147

| | | | |
|---|---|---|---|
| Due Date: | 1/18/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: 140141 | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Joshua Box | | County/Par/St/Ctry: Marshall County WV | |
| Customer: Noble Energy | | Dates Worked: 01/05/2014 - 01/18/2014 (1 Travel Day) | |
| Job Type: Land | | Location: Marshall County WV | |
| Requisitioner: STerranova | | Well Name: SHL-13F-HS | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 201.00 | 201.00 |
| Hotel | Each | 1 | 1,573.95 | 1,573.95 |
| Flight | Each | 1 | 228.00 | 228.00 |
| Rental | Each | 1 | 1,336.40 | 1,336.40 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 11,189.35 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 11,189.35 | USD |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| Inv #: | **142229** |
| Date: | **January 18, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-147

| | | | |
|---|---|---|---|
| Due Date: | 1/18/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #: 140141 | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Joshua Box | | County/Par/St/Ctry: Marshall County WV | |
| Customer: Noble Energy | | Dates Worked: 01/05/2014 - 01/18/2014 (1 Travel Day) | |
| Job Type: Land | | Location: Marshall County WV | |
| Requisitioner: STerranova | | Well Name: SHL-13F-HS | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 201.00 | 201.00 |
| Hotel | Each | 1 | 1,573.95 | 1,573.95 |
| Flight | Each | 1 | 228.00 | 228.00 |
| Rental | Each | 1 | 1,336.40 | 1,336.40 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 11,189.35 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 11,189.35 | USD |

**"The Force In Outsource"**

 **New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 152654
**Date:** August 15, 2014

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew St
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Heverly
PO# C-523

| | |
|---|---|
| Due Date: | 8/15/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #: 141344 | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Joshua Box | | County/Par/St/Ctry: Marshall County WV | |
| Customer: Noble Energy | | Dates Worked: 07/27/2014 - 08/09/2014 (1 Travel Day) | |
| Job Type: Land | | Location: Marshall County WV | |
| Well Name: MND-3E-HS | | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 355.60 | 355.60 |
| Flight | Each | 1 | 324.10 | 324.10 |
| Rental | Each | 1 | 1,359.42 | 1,359.42 |

---

**WE APPRECIATE YOUR BUSINESS!**
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 9,889.12 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 9,889.12 | USD |

**"Energy Solutions Through the Power of People"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **144640** |
| **Date:** | **March 17, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-296

| Due Date: | 3/17/2014 | | Customer ID: | S-MISW011 |
|---|---|---|---|---|
| Terms: | Due On Receipt | | SalesPerson: | William Stavinoha |

| | | | | |
|---|---|---|---|---|
| Billing Operator: | MI Swaco NE | | CONSULTANT:: | Joshua Box |
| County/Par/St/Ctry: | Washington County PA | | Dates Worked: | 03/16/2014 - 03/17/2014 |
| Job Type: | Land (Training) | | Location: | Washington County PA |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 2 | 500.00 | 1,000.00 |
| Per Diem | Days | 2 | 25.00 | 50.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 1,050.00 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 1,050.00 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE



| | |
|---|---|
| Inv #: | **142266** |
| Date: | **February 1, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-195

| | | | |
|---|---|---|---|
| Due Date: | 2/1/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: | 142234 | Billing Operator: | MI Swaco NE |
| CONSULTANT:: | Joshua Box | County/Par/St/Ctry: | Marshall County WV |
| Customer: | Noble Energy | Dates Worked: | 01/26/2014 - 02/01/2014 (1 Travel Day) |
| Job Type: | Land | Location: | Marshall County WV |
| Requisitioner: | STerranova | Well Name: | SHL-23E-HA |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 329.00 | 329.00 |
| Flight | Each | 1 | 332.00 | 332.00 |
| Hotel | Each | 1 | 224.00 | 224.00 |
| Rental | Each | 1 | 850.16 | 850.16 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 5,910.16 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 5,910.16 USD |

## "The Force In Outsource"

 **NTG**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 150801
**Date:** July 15, 2014

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Heverly
PO# C-455

| | |
|---|---|
| Due Date: | 7/15/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

AFE #: 141344
CONSULTANT:: Joshua Box
Customer: Noble Energy
Job Type: Land
Well Name: MND-3E-HS

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Dates Worked: 06/15/2014 - 06/28/2014 (1 Travel Day)
Location: Marshall County WV

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 335.00 | 335.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 8,185.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,185.00 USD |

**"Energy Solutions Through the Power of People"**

 **NTG**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 151468
**Date:** July 19, 2014

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Heverly
PO# C-465

| | |
|---|---|
| Due Date: | 7/19/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #: 141345 | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Joshua Box | | County/Par/St/Ctry: Marshall County WV | |
| Customer: Noble Energy | | Dates Worked: 07/13/2014 - 07/19/2014 | |
| Job Type: Land | | Location: Marshall County WV | |
| Well Name: MND-3FX-HS | | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 560.50 | 560.50 |
| Hotel | Each | 1 | 146.10 | 146.10 |
| Rental | Each | 1 | 1,649.46 | 1,649.46 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 6,031.06 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,031.06 USD |

**"Energy Solutions Through the Power of People"**

MudTech [Menefee] 00015293

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK


**MUDTECHSERVICES**

# INVOICE

| | |
|---|---|
| Inv #: | **140648** |
| Date: | **December 31, 2013** |

**BILL TO:**

MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:**  Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-161

| | |
|---|---|
| Due Date: | 12/31/2013 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #:  141405 | | Billing Operator:  MI Swaco NE | |
| CONSULTANT::  Joshua Box | | County/Par/St/Ctry:  Marshall County,WV | |
| Customer:  Noble Energy | | Dates Worked:  December 15-28, 2013 (1 Travel Day) | |
| Job Type:  Land | | Requisitioner:  STerranova | |
| Well Name:  SHL-13A-HS | | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Computer | Days | 14 | 25.00 | 350.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 1,459.38 | 1,459.38 |
| Flight | Each | 1 | 351.80 | 351.80 |
| Flight | Each | 1 | 331.80 | 331.80 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 10,342.98 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,342.98 | USD |

**"The Force In Outsource"**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK


**MUDTECHSERVICES**

# INVOICE

| Inv #: | **140648** |
|--------|------------|
| Date: | **December 31, 2013** |

**BILL TO:**
MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

| Due Date: | 12/31/2013 |
|-----------|------------|
| Terms: | Due On Receipt |

**CONSULTANT:**  Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-161

| Customer ID: | S-MISW011 |
|--------------|-----------|
| SalesPerson: | William Stavinoha |

---

| AFE #:  141405 | Billing Operator:  MI Swaco NE |
|----------------|--------------------------------|
| CONSULTANT::  Joshua Box | County/Par/St/Ctry:  Marshall County,WV |
| Customer:  Noble Energy | Dates Worked:  December 15-28, 2013 (1 Travel Day) |
| Job Type:  Land | Requisitioner:  STerranova |
| Well Name:  SHL-13A-HS | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|------------|------|----------|------|-------------|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Computer | Days | 14 | 25.00 | 350.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 1,459.38 | 1,459.38 |
| Flight | Each | 1 | 351.80 | 351.80 |
| Flight | Each | 1 | 331.80 | 331.80 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| Subtotal: | 10,342.98 | |
|-----------|-----------|---|
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,342.98 | USD |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

# INVOICE



| | |
|---|---|
| **Inv #:** | **139139** |
| **Date:** | **December 7, 2013** |

**BILL TO:**
MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:**  Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-143

| | | | |
|---|---|---|---|
| Due Date: | 12/7/2013 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #:  140141 | | Billing Operator:  MI Swaco NE | |
| CONSULTANT::  Joshua Box | | County/Par/St/Ctry:  Marshall County, WV | |
| Customer:  Noble | | Dates Worked:  11/24/2013 - 12/07/2013 (1 Travel Day) | |
| Job Type:  Land | | Requisitioner:  STerranova | |
| Well Name:  SHL-13F-HS | | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 1,677.11 | 1,677.11 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Hotel | Each | 1 | 95.20 | 95.20 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 10,281.41 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,281.41 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE



**Inv #:** **139138**
**Date:** **November 30, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-63

| | |
|---|---|
| Due Date: | 11/30/2013 |
| Terms: | Due On Receipt |

Customer ID: S-MISW011
SalesPerson: William Stavinoha

---

AFE #: 141406
CONSULTANT:: Joshua Box
Customer: Noble
Job Type: Land
Well Name: SHL-13B-HS

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County, WV
Dates Worked: November 3-16, 2013(1 Travel Day)
Requisitioner: STerranova

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 2,142.30 | 2,142.30 |
| Hotel | Each | 1 | 672.00 | 672.00 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Flight | Each | 1 | 328.80 | 328.80 |

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Subtotal: | 11,323.40 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | Tax: | 0.00 |
| Acct# 2517212329 | | |
| ABA# 113010547 | Total: | 11,323.40 USD |
| Swift Address: CPASUS44 | | |
| *Credit Card payments are accepted - 5% service fee applies | | |

**"The Force In Outsource"**



# New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MudTech**SERVICES

# INVOICE

**Inv #: 137330**

**Date: October 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-28

Due Date: 10/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 141406
CONSULTANT:: Joshua Box
Dates Worked: 10/13/2013 - 10/26/2013 (1 Travel Day)
Location: Marshall County, WV
Well Name: SHL-13B-HS

Billing Operator: MI Swaco NE
Customer: Noble
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 331.80 | 331.80 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Rental | Each | 1 | 1,952.01 | 1,952.01 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 10,464.11 |
| Insurance Adj: | 0.00 |
| **Total:** | **10,464.11 USD** |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MudTech**Services

# INVOICE

**Inv #: 136527**

**Date: October 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-44

Due Date: 10/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140141
CONSULTANT:: Joshua Box
Dates Worked: 09/26/2013 - 10/05/2013 (1 Travel Day)
Location: Marshall County, WV
Well Name: SHL-13C-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 10 | 500.00 | 5,000.00 |
| Per Diem | Days | 10 | 25.00 | 250.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 331.80 | 331.80 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Rental | Each | 1 | 1,568.11 | 1,568.11 |
| Hotel | Each | 1 | 687.00 | 687.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 8,665.71 |
| Insurance Adj: | 0.00 |
| Total: | 8,665.71 USD |

**"The Force In Outsource"**

MudTech [Menefee] 00015125



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH** SERVICES

# INVOICE

**Inv #: 135785**

**Date: September 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO # NE-1962

Due Date: 09/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: X9-0048Y
CONSULTANT:: Joshua Box
Dates Worked: 09/05/2013 - 09/15/2013 (1 Travel Day, 3 Service
Location: Trumbull County, OH
Well Name: Zerovich 1H

Billing Operator: MI Swaco NE
Customer: BP
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Flight | Each | 1 | 393.30 | 393.30 |
| Rental | Each | 1 | 1,437.49 | 1,437.49 |
| Hotel | Each | 1 | 817.00 | 817.00 |
| Hotel | Each | 1 | 510.12 | 510.12 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**Credit Card payments are accepted - a 5% service fee applies*

| | |
|---|---|
| Subtotal: | 9,763.21 |
| Insurance Adj: | 0.00 |
| Total: | 9,763.21 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECHSERVICES**

# INVOICE

**Inv #: 134149**

**Date: August 31, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1850

Due Date: 08/31/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: X9-004WD
CONSULTANT:: Joshua Box
Dates Worked: 08/15/2013 - 08/28/2013 (1 Travel Day)
Location: Trumbull County, OH
Well Name: Jewett 1H

Billing Operator: MI Swaco NE
Customer: BP
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Rental | Each | 1 | 2,374.75 | 2,374.75 |
| Hotel | Each | 1 | 1,873.06 | 1,873.06 |
| Flight | Each | 1 | 330.30 | 330.30 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 12,758.41 |
| Insurance Adj: | 0.00 |
| Total: | 12,758.41 USD |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MudTech**Services

# INVOICE

**Inv #: 133405**

**Date: August 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1741

Due Date: 08/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: X9-0048Y
CONSULTANT:: Joshua Box
Dates Worked: 07/25/2013 - 08/07/2013 (1 Travel Day)
Location: Trumbull County, OH
Well Name: Zerovich 1H

Billing Operator: MI Swaco NE
Customer: BP
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Flight | Each | 1 | 340.30 | 340.30 |
| Rental | Each | 1 | 2,093.21 | 2,093.21 |
| Hotel | Each | 1 | 2,006.85 | 2,006.85 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - a 5% service fee applies

| | |
|---|---|
| Subtotal: | 12,619.16 |
| Insurance Adj: | 0.00 |
| Total: | 12,619.16 USD |

**"The Force In Outsource"**

 **NTG**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:**   150981
**Date:**   July 12, 2014

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Heverly
PO# C-464

Due Date:   7/12/2014
Terms:   Due On Receipt

Customer ID:   S-MISW011
SalesPerson:   William Stavinoha

| | |
|---|---|
| AFE #: 141345 | Billing Operator: MI Swaco NE |
| CONSULTANT:: Joshua Box | County/Par/St/Ctry: Marshall County WV |
| Customer: Noble Energy | Dates Worked: 06/29/2014 - 07/12/2014 |
| Job Type: Land | Location: Marshall County WV |
| Well Name: MND-3FX-HS | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 7,350.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 7,350.00 USD |

**"Energy Solutions Through the Power of People"**

MudTech [Menefee] 00015171

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **149074** |
| **Date:** | **June 15, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-420

| | |
|---|---|
| Due Date: | 6/15/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: 141319 | Customer: Noble Energy |
| Well Name: MND-3A-HS | Billing Operator: MI Swaco NE |
| CONSULTANT:: Joshua Box | County/Par/St/Ctry: Marshall County WV |
| Dates Worked: 05/25/2014 - 06/07/2014 (1 Travel Day) | Job Type: Land |
| Location: Marshall County WV | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 297.00 | 297.00 |
| Flight | Each | 1 | 348.00 | 348.00 |
| Hotel | Each | 1 | 144.48 | 144.48 |
| Hotel | Each | 1 | 158.46 | 158.46 |
| Rental | Each | 1 | 1,635.04 | 1,635.04 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 10,432.98 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,432.98 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **148264** |
| **Date:** | **May 29, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-389

| | | | |
|---|---|---|---|
| Due Date: | 5/29/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

AFE #: 141320
Well Name: MND-3B-HS
CONSULTANT:: Joshua Box
Dates Worked: 05/06/2014 - 05/17/2014 (1 Travel Day)
Location: Marshall County WV

Customer: Noble Energy
Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Job Type: Land

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 12 | 500.00 | 6,000.00 |
| Per Diem | Days | 12 | 25.00 | 300.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 360.00 | 360.00 |
| Flight | Each | 1 | 336.50 | 336.50 |
| Rental | Each | 1 | 1,368.15 | 1,368.15 |
| Hotel | Each | 1 | 134.40 | 134.40 |
| Hotel | Each | 1 | 268.80 | 268.80 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 9,267.85 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 9,267.85 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

# INVOICE

**Inv #:**   **146361**
**Date:**   **April 26, 2014**

**BILL TO:**
MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.000.0900
Buyer: Mike Sine
PO# C-356

| | |
|---|---|
| Due Date: | 4/26/2014 |
| Terms: | Due On Receipt |

Customer ID:   S-MISW011
SalesPerson:   William Stavinoha

---

AFE #:  142215
Well Name:  SHL-23C-HS
CONSULTANT::  Joshua Box
Dates Worked:  04/13/2014 - 04/26/2014 (1 Travel Day)
Location:  Marshall County WV

Customer:  Noble Energy
Billing Operator:  MI Swaco NE
County/Par/St/Ctry:  Marshall County WV
Job Type:  Land

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 299.00 | 299.00 |
| Flight | Each | 1 | 295.50 | 295.50 |
| Hotel | Each | 1 | 1,724.80 | 1,724.80 |
| Rental | Each | 1 | 1,717.88 | 1,717.88 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 11,887.18 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 11,887.18  USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **145795** |
| **Date:** | **April 15, 2014** |

**BILL TO:**

MI Swaco
ATTN:  Accounts Payable
1110 Matthew Street
Watsontown, PA  17777

**CONSULTANT:**  Joshua Box

7000.562.504001.6220.704.000.0900
Buyer: Mike Sine
PO# C-407

| | | | |
|---|---|---|---|
| Due Date: | 4/15/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #:  141351 | Customer:  Noble Energy |
| Well Name:  WEB-13F-HS | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Joshua Box | County/Par/St/Ctry:  Marshall County WV |
| Dates Worked:  03/23/2014 - 04/05/2014 (1 Travel Day) | Job Type:  Land |
| Location:  Marshall County WV | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 309.00 | 309.00 |
| Flight | Each | 1 | 292.00 | 292.00 |
| Hotel | Each | 1 | 1,736.00 | 1,736.00 |
| Rental | Each | 1 | 1,537.69 | 1,537.69 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 11,724.69 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 11,724.69 | USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 144639
**Date:** March 15, 2014

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-248

Due Date: 3/15/2014
Terms: Due On Receipt

Customer ID: S-MISW011
SalesPerson: William Stavinoha

---

Well Name: SHL-23H-HS
Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Dates Worked: 03/02/2014 - 03/15/2014 (1 Travel Day)
Location: Marshall County WV

AFE #: 142236
CONSULTANT:: Joshua Box
Customer: Noble Energy
Job Type: Land

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 193.00 | 193.00 |
| Flight | Each | 1 | 292.50 | 292.50 |
| Hotel | Each | 1 | 534.93 | 534.93 |
| Hotel | Each | 1 | 201.60 | 201.60 |
| Rental | Each | 1 | 2,453.22 | 2,453.22 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - 5% service fee applies**

| | |
|---|---|
| Subtotal: | 11,525.25 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 11,525.25 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| **Inv #:** | **143213** |
| **Date:** | **February 15, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-215

| | | | |
|---|---|---|---|
| Due Date: | 2/15/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | | |
|---|---|---|
| AFE #: 142215 | Billing Operator: | MI Swaco NE |
| CONSULTANT:: Joshua Box | County/Par/St/Ctry: | Marshall County WV |
| Customer: Noble Energy | Dates Worked: | 02/09/2014 - 02/12/2014 (1 Travel Day) |
| Job Type: Land | Location: | Marshall County WV |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 4 | 500.00 | 2,000.00 |
| Per Diem | Days | 4 | 25.00 | 100.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Hotel | Each | 1 | 428.40 | 428.40 |
| Rental | Each | 1 | 884.81 | 884.81 |
| Flight | Each | 1 | 287.00 | 287.00 |
| Flight | Each | 1 | 288.50 | 288.50 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 4,488.71 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 4,488.71 USD |

---

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| Inv #: | **142229** |
| Date: | **January 18, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-147

| | | | |
|---|---|---|---|
| Due Date: | 1/18/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: | 140141 | Billing Operator: | MI Swaco NE |
| CONSULTANT:: | Joshua Box | County/Par/St/Ctry: | Marshall County WV |
| Customer: | Noble Energy | Dates Worked: | 01/05/2014 - 01/18/2014 (1 Travel Day) |
| Job Type: | Land | Location: | Marshall County WV |
| Requisitioner: | STerranova | Well Name: | SHL-13F-HS |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 201.00 | 201.00 |
| Hotel | Each | 1 | 1,573.95 | 1,573.95 |
| Flight | Each | 1 | 228.00 | 228.00 |
| Rental | Each | 1 | 1,336.40 | 1,336.40 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 11,189.35 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 11,189.35 | USD |

## "The Force In Outsource"

 **New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **152654** |
| **Date:** | **August 15, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew St
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Heverly
PO# C-523

| | | | | |
|---|---|---|---|---|
| Due Date: | 8/15/2014 | | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | | SalesPerson: | William Stavinoha |

---

| | | | |
|---|---|---|---|
| AFE #: 141344 | | Billing Operator: | MI Swaco NE |
| CONSULTANT:: Joshua Box | | County/Par/St/Ctry: | Marshall County WV |
| Customer: Noble Energy | | Dates Worked: | 07/27/2014 - 08/09/2014 (1 Travel Day) |
| Job Type: Land | | Location: | Marshall County WV |
| Well Name: MND-3E-HS | | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 355.60 | 355.60 |
| Flight | Each | 1 | 324.10 | 324.10 |
| Rental | Each | 1 | 1,359.42 | 1,359.42 |

---

**WE APPRECIATE YOUR BUSINESS!**
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 9,889.12 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 9,889.12 | USD |

---

**"Energy Solutions Through the Power of People"**



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

| | |
|---|---|
| **Inv #:** | **144640** |
| **Date:** | **March 17, 2014** |

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-296

| | | | |
|---|---|---|---|
| Due Date: | 3/17/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | | |
|---|---|---|
| Billing Operator: MI Swaco NE | | CONSULTANT:: Joshua Box |
| County/Par/St/Ctry: Washington County PA | | Dates Worked: 03/16/2014 - 03/17/2014 |
| Job Type: Land (Training) | | Location: Washington County PA |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 2 | 500.00 | 1,000.00 |
| Per Diem | Days | 2 | 25.00 | 50.00 |

| | | |
|---|---|---|
| WE APPRECIATE YOUR BUSINESS! | Subtotal: | 1,050.00 |
| **WIRING INSTRUCTIONS** | Insurance Adj: | 0.00 |
| BBVA COMPASS | Tax: | 0.00 |
| Acct# 2517212329 | | |
| ABA# 113010547 | | |
| Swift Address: CPASUS44 | Total: | 1,050.00 USD |
| *Credit Card payments are accepted - 5% service fee applies | | |

## "The Force In Outsource"



**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK



# INVOICE

| | |
|---|---|
| Inv #: | **142266** |
| Date: | **February 1, 2014** |

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# C-195

| | | | | |
|---|---|---|---|---|
| Due Date: | 2/1/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: 142234 | Billing Operator: MI Swaco NE |
| CONSULTANT:: Joshua Box | County/Par/St/Ctry: Marshall County WV |
| Customer: Noble Energy | Dates Worked: 01/26/2014 - 02/01/2014 (1 Travel Day) |
| Job Type: Land | Location: Marshall County WV |
| Requisitioner: STerranova | Well Name: SHL-23E-HA |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 329.00 | 329.00 |
| Flight | Each | 1 | 332.00 | 332.00 |
| Hotel | Each | 1 | 224.00 | 224.00 |
| Rental | Each | 1 | 850.16 | 850.16 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 5,910.16 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 5,910.16 | USD |

**"The Force In Outsource"**

 **NTG**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 150801
**Date:** July 15, 2014

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Heverly
PO# C-455

| | | |
|---|---|---|
| Due Date: | 7/15/2014 | |
| Terms: | Due On Receipt | |

| | |
|---|---|
| Customer ID: | S-MISW011 |
| SalesPerson: | William Stavinoha |

---

AFE #: 141344
CONSULTANT:: Joshua Box
Customer: Noble Energy
Job Type: Land
Well Name: MND-3E-HS

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Dates Worked: 06/15/2014 - 06/28/2014 (1 Travel Day)
Location: Marshall County WV

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 14 | 500.00 | 7,000.00 |
| Per Diem | Days | 14 | 25.00 | 350.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Flight | Each | 1 | 335.00 | 335.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | | |
|---|---|---|
| Subtotal: | 8,185.00 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,185.00 | USD |

**"Energy Solutions Through the Power of People"**


**NTG**

**New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:**    **151468**
**Date:**    **July 19, 2014**

**BILL TO:**

MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watsontown, PA 17777

**CONSULTANT:** Joshua Box

7000.562.504001.6220.704.0000.0900
Buyer: Mike Heverly
PO# C-465

| | | | |
|---|---|---|---|
| Due Date: | 7/19/2014 | Customer ID: | S-MISW011 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: 141345 | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Joshua Box | | County/Par/St/Ctry: Marshall County WV | |
| Customer: Noble Energy | | Dates Worked: 07/13/2014 - 07/19/2014 | |
| Job Type: Land | | Location: Marshall County WV | |
| Well Name: MND-3FX-HS | | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 7 | 500.00 | 3,500.00 |
| Per Diem | Days | 7 | 25.00 | 175.00 |
| Flight | Each | 1 | 560.50 | 560.50 |
| Hotel | Each | 1 | 146.10 | 146.10 |
| Rental | Each | 1 | 1,649.46 | 1,649.46 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 6,031.06 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,031.06 USD |

**"Energy Solutions Through the Power of People"**

MudTech [Menefee] 00015293

 **New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 158744
**Date:** December 5, 2014

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew St
Watsontown, PA 17777-7702

**CONSULTANT:** MICHAEL PATTERSON

Due Date: 12/5/2014
Terms: Due On Receipt

Customer ID: S-MISW011
SalesPerson: William Stavinoha

---

AFE #: 1340053
CONSULTANT:: Michael Patterson
Customer: American Energy Partners
Job Type: Land
Well Name: Red Farm Hill MDS GR 1H

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Harrison County OH
Dates Worked: 11/25/2014 - 12/05/2014 (1 Travel Day)
Location: Harrison County OH

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Mileage | Miles | 1141 | 0.555 | 633.26 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 6,908.26 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,908.26 USD |

*"Energy Solutions Through the Power of People"*

MudTech [Menefee] 00006156

 **New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 158744
**Date:** December 5, 2014

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew St
Watsontown, PA 17777-7702

**CONSULTANT:** MICHAEL PATTERSON

| | |
|---|---|
| Due Date: | 12/5/2014 |
| Terms: | Due On Receipt |

Customer ID: S-MISW011
SalesPerson: William Stavinoha

AFE #: 1340053
CONSULTANT:: Michael Patterson
Customer: American Energy Partners
Job Type: Land
Well Name: Red Farm Hill MDS GR 1H

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Harrison County OH
Dates Worked: 11/25/2014 - 12/05/2014 (1 Travel Day)
Location: Harrison County OH

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Mileage | Miles | 1141 | 0.555 | 633.26 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 6,908.26 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,908.26 USD |

*"Energy Solutions Through the Power of People"*

 **New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX  77210
1-877-NTE-WORK

# INVOICE

**Inv #:**  **158744**
**Date:**  **December 5, 2014**

**BILL TO:**
MI Swaco
ATTN:  Accounts Payable
1110 Matthew St
Watsontown, PA  17777-7702

**CONSULTANT:**  MICHAEL PATTERSON

Due Date:  12/5/2014
Terms:  Due On Receipt

Customer ID:  S-MISW011
SalesPerson:  William Stavinoha

---

AFE #:  1340053
CONSULTANT::  Michael Patterson
Customer:  American Energy Partners
Job Type:  Land
Well Name:  Red Farm Hill MDS GR 1H

Billing Operator:  MI Swaco NE
County/Par/St/Ctry:  Harrison County OH
Dates Worked:  11/25/2014 - 12/05/2014 (1 Travel Day)
Location:  Harrison County OH

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Mileage | Miles | 1141 | 0.555 | 633.26 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies*

| | |
|---|---|
| Subtotal: | 6,908.26 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,908.26  USD |

*"Energy Solutions Through the Power of People"*

MudTech [Menefee] 00006156

 **New Tech Global Ventures, LLC**
*work performed by MudTech Services LP*
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

# INVOICE

**Inv #:** 158744
**Date:** December 5, 2014

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew St
Watsontown, PA 17777-7702

**CONSULTANT:** MICHAEL PATTERSON

| | |
|---|---|
| Due Date: 12/5/2014 | Customer ID: S-MISW011 |
| Terms: Due On Receipt | SalesPerson: William Stavinoha |

AFE #: 1340053
CONSULTANT:: Michael Patterson
Customer: American Energy Partners
Job Type: Land
Well Name: Red Farm Hill MDS GR 1H

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Harrison County OH
Dates Worked: 11/25/2014 - 12/05/2014 (1 Travel Day)
Location: Harrison County OH

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Mileage | Miles | 1141 | 0.555 | 633.26 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
*Credit Card payments are accepted - 5% service fee applies

| | |
|---|---|
| Subtotal: | 6,908.26 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 6,908.26 USD |

*"Energy Solutions Through the Power of People"*

MudTech [Menefee] 00006156

 **New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECH**SERVICES

# INVOICE

**Inv #: 133415**

**Date: August 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Ubaldo Fernandez

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1738

Due Date: 08/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140636
CONSULTANT:: Ubaldo Fernandez
Dates Worked: 07/28/2013 - 08/07/2013 (1 Travel Day)
Location: Ritchie County, WV
Well Name: Penns 1B-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 1,640.53 | 1,640.53 |
| Flight | Each | 1 | 334.80 | 334.80 |
| Hotel | Each | 1 | 1,566.88 | 1,566.88 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |
| Baggage Fee | Each | 1 | 21.00 | 21.00 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |
| Fuel for Rental | Each | 1 | 80.00 | 80.00 |
| Fuel for Rental | Each | 1 | 51.00 | 51.00 |
| Fuel for Rental | Each | 1 | 51.00 | 51.00 |
| Fuel for Rental | Each | 1 | 56.00 | 56.00 |
| Transferred to page 2......................................... | | | | 10,855.31 |

 **New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECH**SERVICES

# INVOICE

**Inv #: 133415**

**Date: August 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Ubaldo Fernandez

Due Date: 08/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

| | | | | |
|---|---|---|---|---|
| Transferred from page 1................................... | | | | 10,855.31 |
| Fuel for Rental | Each | 1 | 31.00 | 31.00 |
| Fuel for Rental | Each | 1 | 22.31 | 22.31 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | | |
|---|---|---|
| Subtotal: | 10,908.62 | |
| Insurance Adj: | 0.00 | |
| Total: | 10,908.62 | USD |

**"The Force In Outsource"**

 New Tech Global Ventures, LLC
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECHSERVICES**

# INVOICE

**Inv #: 133415**

**Date: August 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Ubaldo Fernandez

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1738

Due Date: 08/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

---

AFE #: 140636
CONSULTANT:: Ubaldo Fernandez
Dates Worked: 07/28/2013 - 08/07/2013 (1 Travel Day)
Location: Ritchie County, WV
Well Name: Penns 1B-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 1,640.53 | 1,640.53 |
| Flight | Each | 1 | 334.80 | 334.80 |
| Hotel | Each | 1 | 1,566.88 | 1,566.88 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |
| Baggage Fee | Each | 1 | 21.00 | 21.00 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |
| Fuel for Rental | Each | 1 | 80.00 | 80.00 |
| Fuel for Rental | Each | 1 | 51.00 | 51.00 |
| Fuel for Rental | Each | 1 | 51.00 | 51.00 |
| Fuel for Rental | Each | 1 | 56.00 | 56.00 |
| Transferred to page 2........................................ | | | | 10,855.31 |

 **New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECH**SERVICES

# INVOICE

**Inv #: 133415**

**Date: August 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Ubaldo Fernandez

7000.562.504001.6220.704.0000.0900
Buyer: Mike Sine
PO# NE-1738

Due Date: 08/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

AFE #: 140636
CONSULTANT:: Ubaldo Fernandez
Dates Worked: 07/28/2013 - 08/07/2013 (1 Travel Day)
Location: Ritchie County, WV
Well Name: Penns 1B-HS

Billing Operator: MI Swaco NE
Customer: Noble Energy
Job Type: Land
Requisitioner: STerranova

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | Days | 11 | 500.00 | 5,500.00 |
| Per Diem | Days | 11 | 25.00 | 275.00 |
| Travel Day | Days | 1 | 500.00 | 500.00 |
| Rental | Each | 1 | 1,640.53 | 1,640.53 |
| Flight | Each | 1 | 334.80 | 334.80 |
| Hotel | Each | 1 | 1,566.88 | 1,566.88 |
| Flight | Each | 1 | 328.80 | 328.80 |
| Flight | Each | 1 | 330.30 | 330.30 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |
| Baggage Fee | Each | 1 | 21.00 | 21.00 |
| Baggage Fee | Each | 1 | 60.00 | 60.00 |
| Fuel for Rental | Each | 1 | 80.00 | 80.00 |
| Fuel for Rental | Each | 1 | 51.00 | 51.00 |
| Fuel for Rental | Each | 1 | 51.00 | 51.00 |
| Fuel for Rental | Each | 1 | 56.00 | 56.00 |
| Transferred to page 2......................................... | | | | 10,855.31 |

 **New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

 **MUDTECH**SERVICES

# INVOICE

**Inv #: 133415**

**Date: August 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Ubaldo Fernandez

Due Date: 08/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

| | | | | |
|---|---|---|---|---|
| Transferred from page 1..................................... | | | | 10,855.31 |
| Fuel for Rental | Each | 1 | 31.00 | 31.00 |
| Fuel for Rental | Each | 1 | 22.31 | 22.31 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 10,908.62 |
| Insurance Adj: | 0.00 |
| Total: | 10,908.62 USD |

**"The Force In Outsource"**



**New Tech Global Ventures, LLC**
**work performed by MudTech Services LP**
PO Box 4724 msc 800
Houston, TX 77210
1-877-NTE-WORK

**MUDTECH**SERVICES

# INVOICE

**Inv #: 133415**

**Date: August 15, 2013**

**BILL TO:**
MI Swaco
ATTN: Accounts Payable
1110 Matthew Street
Watwontown, PA 17777

**CONSULTANT:** Ubaldo Fernandez

Due Date: 08/15/13
Terms: Due On Receipt

Customer ID: S-MISW011
Salesperson: William Stavinoha

| | | | | |
|---|---|---|---|---|
| Transferred from page 1.................................... | | | | 10,855.31 |
| Fuel for Rental | Each | 1 | 31.00 | 31.00 |
| Fuel for Rental | Each | 1 | 22.31 | 22.31 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
BBVA COMPASS
Acct# 2517212329
ABA# 113010547
Swift Address: CPASUS44
**\*Credit Card payments are accepted - a 5% service fee applies**

| | |
|---|---|
| Subtotal: | 10,908.62 |
| Insurance Adj: | 0.00 |
| Total: | 10,908.62 USD |

**"The Force In Outsource"**