EXHIBIT   B 3

**Environmental Solutions Group**
*a division of MudTech Services LP*
PO Box 4562
Houston, TX 77210-4562

 **MUDTECHSERVICES**

# INVOICE

| | |
|---|---|
| **Inv #:** | 20788 |
| **Date:** | December 15, 2013 |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT:** Jeffrey Harrison

| | | | | |
|---|---|---|---|---|
| Due Date: | 12/15/2013 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

| | |
|---|---|
| AFE #: W2045-G6R2 | Billing Operator: MI Swaco PA |
| CONSULTANT:: Jeffrey Harrison | County/Par/St/Ctry: Susquehanna County, PA |
| Customer: Talisman | Dates Worked: November 30-December 14, 2013 |
| Job Type: Land | Requisitioner: STerranova |
| Well Name: Kropp 11H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 15 | 500.00 | 7,500.00 |
| Mileage | MILES | 170 | 0.555 | 94.35 |
| Per Diem | DAYS | 15 | 25.00 | 375.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

| | | |
|---|---|---|
| Subtotal: | 7,969.35 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 7,969.35 | USD |

**Environmental Solutions Group**
*a division of MudTech Services LP*
PO Box 4562
Houston, TX 77210-4562

 **MUDTECHSERVICES**

# INVOICE

| | |
|---|---|
| **Inv #:** | **21143** |
| **Date:** | **January 31, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT:** Jeffrey Harrison

| | |
|---|---|
| Due Date: | 1/31/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | M-NTGV001 |
| SalesPerson: | William Stavinoha |

| | |
|---|---|
| AFE #: 132121 | Billing Operator: MI Swaco NE |
| CONSULTANT:: Jeffrey Harrison | County/Par/St/Ctry: Elk County PA |
| Customer: Seneca | Dates Worked: 01/12/2014 - 01/25/2014 |
| Job Type: Land | Location: Elk County PA |
| Requisitioner: STerranova | Well Name: H Pad 48H 132117 |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Mileage | MILES | 300 | 0.555 | 166.50 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

| | | |
|---|---|---|
| Subtotal: | 7,516.50 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 7,516.50 | USD |

MUDTECH_CHAISSON 000143

**Environmental Solutions Group**
*a division of MudTech Services LP*
PO Box 4562
Houston, TX 77210-4562



# INVOICE

Inv #: **21009**
Date: **January 4, 2014**

**BILL TO:**
New Tech Global Ventures

**CONSULTANT:** Jeffrey Harrison

| | | | |
|---|---|---|---|
| Due Date: | 1/4/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | SalesPerson: | William Stavinoha |

---

| | |
|---|---|
| AFE #: W2045-G6R2, 132117 | Billing Operator: MI Swaco NE |
| CONSULTANT:: Jeffrey Harrison | County/Par/St/Ctry: Susquehanna County, Elk County, PA |
| Customer: Talisman, Seneca | Dates Worked: December 21-January 4, 2014 |
| Job Type: Land | Requisitioner: STerranova |
| Well Name: Schmitt 1H, Clearmont Pad 43H | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 15 | 500.00 | 7,500.00 |
| Mileage | MILES | 635 | 0.555 | 352.43 |
| Per Diem | DAYS | 15 | 25.00 | 375.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

| | | |
|---|---|---|
| Subtotal: | 8,227.43 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,227.43 | USD |



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **22189** |
| **Date:** | **May 17, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 5/17/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: 138607 | | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Kelby Schraeder | | County/Par/St/Ctry: Marshall County WV | |
| Customer: Noble Energy | | Dates Worked: 05/08/2014 - 05/17/2014 (1 Travel Day) | |
| Job Type: Land | | Location: Marshall County WV | |
| Well Name: SHL-25D-HS | | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 10 | 500.00 | 5,000.00 |
| Per Diem | DAYS | 10 | 25.00 | 250.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 693.00 | 693.00 |
| Flight | EA | 1 | 693.00 | 693.00 |
| Rental | EA | 1 | 1,305.57 | 1,305.57 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 8,441.57 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,441.57 | USD |



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **22352** |
| **Date:** | **June 15, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 6/15/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | | |
|---|---|---|
| AFE #: 138610 | Billing Operator: | MI Swaco NE |
| CONSULTANT:: Kelby Schraeder | County/Par/St/Ctry: | Marshall County WV |
| Customer: Noble Energy | Dates Worked: | 05/25/2014 - 06/07/2014 (1 Travel Day) |
| Job Type: Land | Location: | Marshall County WV |
| Well Name: SHL-25C-HS | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 698.00 | 698.00 |
| Flight | EA | 1 | 571.50 | 571.50 |
| Hotel | EA | 1 | 1,773.40 | 1,773.40 |
| Rental | EA | 1 | 2,088.17 | 2,088.17 |
| Baggage Fee | EA | 1 | 25.00 | 25.00 |
| Fuel for Rental | EA | 1 | 77.62 | 77.62 |
| Hotel | EA | 1 | 113.29 | 113.29 |
| Fuel for Rental | EA | 1 | 57.92 | 57.92 |

continued ........................

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

## REDACTED

| | | |
|---|---|---|
| Subtotal: | 13,254.90 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 13,254.90 | USD |

MUDTECH_CHAISSON 000764

**MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

**Inv #:** 22352
**Date:** June 15, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 6/15/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

continued from previous page ..........................

Confidential



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **22549** |
| **Date:** | **June 30, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 6/30/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

---

| | | |
|---|---|---|
| AFE #:  138605 | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Kelby Schraeder | County/Par/St/Ctry:  Marshall County WV |
| Customer:  Noble Energy | Dates Worked:  06/15/2014 - 06/21/2014 (1 Travel Day) |
| Job Type:  Land | Location:  Marshall County WV |
| Well Name:  SHL-25A-HS | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 7 | 500.00 | 3,500.00 |
| Per Diem | DAYS | 7 | 25.00 | 175.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 463.00 | 463.00 |
| Hotel | EA | 1 | 403.20 | 403.20 |
| Hotel | EA | 1 | 418.20 | 418.20 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

### REDACTED

| | | |
|---|---|---|
| Subtotal: | 5,459.40 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 5,459.40 | USD |



**MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **22558** |
| **Date:** | **June 30, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | | |
|---|---|---|---|---|
| Due Date: | 6/30/2014 | Customer ID: | M-NTGV001 | |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha | |

| | | |
|---|---|---|
| AFE #: 143687 | Billing Operator: MI Swaco NE | |
| CONSULTANT:: Kelby Schraeder | County/Par/St/Ctry: Greene County PA | |
| Customer: Noble Energy | Dates Worked: 06/22/2014 - 06/28/2014 | |
| Job Type: Land | Location: Greene County PA | |
| Well Name: RHL-4K-HS | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 7 | 500.00 | 3,500.00 |
| Per Diem | DAYS | 7 | 25.00 | 175.00 |
| Flight | EA | 1 | 723.00 | 723.00 |
| Rental | EA | 1 | 1,233.27 | 1,233.27 |
| Fuel for Rental | EA | 1 | 30.01 | 30.01 |
| Fuel for Rental | EA | 1 | 18.01 | 18.01 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 5,679.29 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 5,679.29 | USD |

MUDTECH_CHAISSON 000788



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **22732** |
| **Date:** | **July 19, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Kelby Schraeder

| | | | | |
|---|---|---|---|---|
| Due Date: | 7/19/2014 | Customer ID: | M-NTGV001 | |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha | |

| | |
|---|---|
| AFE #:  143685 | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Kelby Schraeder | County/Par/St/Ctry:  Greene County PA |
| Customer:  Noble Energy | Dates Worked:  7/5/2014 – 7/19/2014 |
| Job Type:  Land | Location:  Greene County PA |
| Well Name:  RHL-4M-HS | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 498.00 | 498.00 |
| Flight | EA | 1 | 703.00 | 703.00 |
| Hotel | EA | 1 | 2,008.20 | 2,008.20 |
| Rental | EA | 1 | 1,214.64 | 1,214.64 |
| Fuel | EA | 1 | 48.89 | 48.89 |
| Fuel | EA | 1 | 9.87 | 9.87 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 12,332.60 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 12,332.60 | USD |

MUDTECH_CHAISSON 000797



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **23470** |
| **Date:** | **September 30, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 9/30/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | | |
|---|---|---|
| AFE #: 200870 | Billing Operator: | MI Swaco NE |
| CONSULTANT:: Kelby Schraeder | County/Par/St/Ctry: | Marshall County WV |
| Customer: Noble Energy | Dates Worked: | 09/24/2014 - 09/29/2014 |
| Job Type: Land | Location: | Marshall County WV |
| Well Name: MND-6A-HS | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 6 | 500.00 | 3,000.00 |
| Per Diem | DAYS | 6 | 25.00 | 150.00 |
| Flight | EA | 1 | 452.70 | 452.70 |
| Rental | EA | 1 | 2,188.74 | 2,188.74 |
| Fuel for Rental | EA | 1 | 26.62 | 26.62 |
| Fuel for Rental | EA | 1 | 19.52 | 19.52 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 5,837.58 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 5,837.58 | USD |



**MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **23654** |
| **Date:** | **October 23, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Kelby Schraeder

| | |
|---|---|
| Due Date: | 10/23/2014 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | M-NTGV001 |
| Sales Person: | William Stavinoha |

---

AFE #:  200872
CONSULTANT::  Kelby Schraeder
Customer:  Noble Energy
Job Type:  Land
Well Name:  MND-6C-HS

Billing Operator:  MI Swaco NE
County/Par/St/Ctry:  Marshall County WV
Dates Worked:  10/10/2014 - 10/23/2014 (1 Travel Day)
Location:  Marshall County WV

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 465.60 | 465.60 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 8,315.60 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 8,315.60  USD |

Confidential

 MUDTECHSERVICES

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **22925** |
| **Date:** | **August 15, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Kelby Schraeder

| | | | | |
|---|---|---|---|---|
| Due Date: | 8/15/2014 | | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | | Sales Person: | William Stavinoha |

AFE #:  143689
CONSULTANT::  Kelby Schraeder
Customer:  Noble Energy
Job Type:  Land
Well Name:  RHL-4D-HS

Billing Operator:  MI Swaco NE
County/Par/St/Ctry:  Greene County PA
Dates Worked:  07/27/2014 - 08/09/2014 (1 Travel Day)
Location:  Greene County PA

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 710.60 | 710.60 |
| Fuel for Rental | EA | 1 | 50.00 | 50.00 |
| Fuel for Rental | EA | 1 | 52.42 | 52.42 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 8,663.02 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,663.02 | USD |

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **24014** |
| **Date:** | **November 30, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 11/30/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | |
|---|---|
| AFE #: 20087 | Billing Operator: MI Swaco |
| CONSULTANT:: Kelby Schraeder | County/Par/St/Ctry: Marshall County WV |
| Customer: Noble Energy | Dates Worked: 11/09/2014 - 11/27/2014 (1 Travel Day |
| Job Type: Land | Location: Marshall County WV |
| Well Name: MND-6E-HS | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 19 | 500.00 | 9,500.00 |
| Per Diem | DAYS | 19 | 25.00 | 475.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 469.60 | 469.60 |
| Flight | EA | 1 | 468.10 | 468.10 |
| Rental Car | EA | 1 | 1,508.98 | 1,508.98 |
| Baggage Fee | EA | 1 | 25.00 | 25.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 12,946.68 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 12,946.68 USD |



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **24208** |
| **Date:** | **December 31, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | | |
|---|---|---|---|---|
| Due Date: | 12/31/2014 | | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | | Sales Person: | William Stavinoha |

| | |
|---|---|
| AFE #:  52344 | Billing Operator:  MI Swaco |
| CONSULTANT::  Kelby Schraeder | County/Par/St/Ctry:  Susquehanna County PA |
| Customer:  Cabot Oil & Gas | Dates Worked:  12/04/2014 - 12/17/2014 (1 Travel Day) |
| Job Type:  Land | Location:  Susquehanna County PA |
| Well Name:  Foltz 7H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 524.60 | 524.60 |
| Flight | EA | 1 | 665.60 | 665.60 |
| Hotel | EA | 1 | 133.19 | 133.19 |
| Rental Car | EA | 1 | 1,005.00 | 1,005.00 |
| Fuel for Rental | EA | 1 | 39.66 | 39.66 |
| Fuel for Rental | EA | 1 | 35.07 | 35.07 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

## REDACTED

| | | |
|---|---|---|
| Subtotal: | 10,253.12 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,253.12 | USD |

Confidential


**MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

**Inv #:**  23105
**Date:**  August 31, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 8/31/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

AFE #:  143688
CONSULTANT::  Kelby Schraeder
Customer:  Noble Energy
Job Type:  Land
Well Name:  RHL-4J-HS

Billing Operator:  MI Swaco NE
County/Par/St/Ctry:  Greene County PA
Dates Worked:  08/10/2014 - 08/23/2014
Location:  Greene County PA

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Fuel for Rental | EA | 1 | 44.78 | 44.78 |
| Fuel for Rental | EA | 1 | 49.52 | 49.52 |
| Fuel for Rental | EA | 1 | 48.11 | 48.11 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 7,492.41 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 7,492.41  USD |

Confidential

MUDTECH_CHAISSON 000817



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

Inv #:  **23203**
Date:  **August 31, 2014**

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 8/31/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

---

AFE #:  200875
CONSULTANT::  Kelby Schraeder
Customer:  Noble Energy
Job Type:  Land
Well Name:  MND-6F-HS

Billing Operator:  MI Swaco NE
County/Par/St/Ctry:  Marshall County WV
Dates Worked:  08/24/2014 - 08/30/2014
Location:  Marshall County WV

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 7 | 500.00 | 3,500.00 |
| Per Diem | DAYS | 7 | 25.00 | 175.00 |
| Flight | EA | 1 | 512.10 | 512.10 |
| Hotel | EA | 1 | 4,983.60 | 4,983.60 |
| Rental | EA | 1 | 1,593.22 | 1,593.22 |
| Fuel for Rental | EA | 1 | 43.28 | 43.28 |
| Fuel for Rental | EA | 1 | 41.64 | 41.64 |
| Fuel for Rental | EA | 1 | 39.04 | 39.04 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 10,887.88 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 10,887.88  USD |



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **23386** |
| **Date:** | **September 23, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 9/23/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #:  200870 | | Billing Operator:  MI Swaco NE | |
| CONSULTANT::  Kelby Schraeder | | County/Par/St/Ctry:  Marshall County WV | |
| Customer:  Noble Energy | | Dates Worked:  09/10/2014 - 09/23/2014 (1 Travel Day) | |
| Job Type:  Land | | Location:  Marshall County WV | |
| Well Name:  MND-6A-HS | | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 680.60 | 680.60 |

WE APPRECIATE YOUR BUSINESS!
WIRING INSTRUCTIONS
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 8,530.60 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,530.60 | USD |



**MudTechServices**

## Environmental Solutions Group
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **23807** |
| **Date:** | **November 12, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | | |
|---|---|---|---|---|
| Due Date: | 11/12/2014 | | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | | Sales Person: | William Stavinoha |

---

| | | |
|---|---|---|
| AFE #:  200872 | Billing Operator:  MI Swaco NE | |
| CONSULTANT::  Kelby Schraeder | County/Par/St/Ctry:  Marshall County WV | |
| Customer:  Noble Energy | Dates Worked:  10/24/2014 - 10/29/2014 | |
| Job Type:  Land | Location:  Marshall County WV | |
| Well Name:  MND-6C-HS | | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 6 | 500.00 | 3,000.00 |
| Per Diem | DAYS | 6 | 25.00 | 150.00 |
| Flight | EA | 1 | 538.10 | 538.10 |
| Hotel | EA | 1 | 112.86 | 112.86 |
| Rental | EA | 1 | 1,512.98 | 1,512.98 |
| Fuel for Rental | EA | 1 | 49.81 | 49.81 |
| Fuel for Rental | EA | 1 | 26.17 | 26.17 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 5,389.92 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 5,389.92 | USD |

MUDTECH_CHAISSON 000858



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

Inv #: **24424**
Date: **January 22, 2015**

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 1/22/2015 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

AFE #: 52198
CONSULTANT:: Kelby Schraeder
Customer: Cabot Oil & Gas
Job Type: Land
Well Name: Reynen 1H

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Susquehanna County PA
Dates Worked: 01/03/2015 - 01/22/2015
Location: Susquehanna County PA

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 20 | 450.00 | 9,000.00 |
| Per Diem | DAYS | 20 | 25.00 | 500.00 |
| Travel Day | DAYS | 1 | 450.00 | 450.00 |
| Flight | EA | 1 | 523.10 | 523.10 |
| Rental Car | EA | 1 | 1,312.98 | 1,312.98 |
| Baggage Fee | EA | 1 | 25.00 | 25.00 |
| Fuel for Rental | EA | 1 | 31.92 | 31.92 |
| Fuel for Rental | EA | 1 | 11.25 | 11.25 |
| Flight | EA | 1 | 574.60 | 574.60 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 12,428.85 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 12,428.85 USD |

Confidential

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **24518** |
| **Date:** | **February 15, 2015** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | |
|---|---|---|---|
| Due Date: | 2/15/2015 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

---

| | |
|---|---|
| AFE #:  52830 | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Kelby Schraeder | County/Par/St/Ctry:  Susquehanna County PA |
| Customer:  Cabot Oil & Gas | Dates Worked:  02/02/2015 - 02/15/2015 (1 Travel Day) |
| Job Type:  Land | Location:  Susquehanna County PA |
| Well Name:  Reynen 5H | |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 450.00 | 6,300.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 450.00 | 450.00 |
| Flight | EA | 1 | 639.60 | 639.60 |
| Fuel for Rental | EA | 1 | 31.17 | 31.17 |
| Fuel for Rental | EA | 1 | 36.67 | 36.67 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 7,807.44 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 7,807.44 | USD |



### Environmental Solutions Group
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

**Inv #:** 24576
**Date:** March 9, 2015

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

Due Date: 3/9/2015
Terms: Due On Receipt

Customer ID: M-NTGV001
Sales Person: William Stavinoha

AFE #: 52831
CONSULTANT:: Kelby Schraeder
Customer: Cabot Oil & Gas
Job Type: Land
Well Name: Reynen 6H

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Susquehanna County PA
Dates Worked: 02/02/2015 - 02/21/2015
Location: Susquehanna County PA

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 20 | 450.00 | 9,000.00 |
| Per Diem | DAYS | 20 | 25.00 | 500.00 |
| Travel Day | DAYS | 1 | 450.00 | 450.00 |
| Flight | EA | 1 | 639.60 | 639.60 |
| Fuel | EA | 1 | 31.17 | 31.17 |
| Fuel | EA | 1 | 36.67 | 36.67 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 10,657.44 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 10,657.44  USD |



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **24577** |
| **Date:** | **March 9, 2015** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Kelby Schraeder

| | | | | |
|---|---|---|---|---|
| Due Date: | 3/9/2015 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | |
|---|---|
| AFE #:  52831 | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Kelby Schraeder | County/Par/St/Ctry:  Susquehanna County PA |
| Customer:  Cabot Oil & Gas | Dates Worked:  02/22/2015 - 02/26/2015 |
| Job Type:  Land | Location:  Susquehanna County PA |
| Well Name:  Reynen 6H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 5 | 450.00 | 2,250.00 |
| Per Diem | DAYS | 5 | 25.00 | 125.00 |
| Flight | EA | 1 | 702.60 | 702.60 |
| Hotel | EA | 1 | 133.19 | 133.19 |
| Rental Car | EA | 1 | 1,711.98 | 1,711.98 |
| Fuel for Rental | EA | 1 | 34.87 | 34.87 |
| Fuel for Rental | EA | 1 | 31.95 | 31.95 |
| Baggage Fee | EA | 1 | 60.00 | 60.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 5,049.59 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 5,049.59 | USD |

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **23039** |
| **Date:** | **August 25, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

| | | | | |
|---|---|---|---|---|
| Due Date: | 8/25/2014 | | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | | Sales Person: | William Stavinoha |

| | |
|---|---|
| AFE #: 143688 | Billing Operator: MI Swaco NE |
| CONSULTANT:: Christopher Stockman | County/Par/St/Ctry: Greene County PA |
| Customer: Noble Energy | Dates Worked: 08/09/2014 - 08/22/2014 (1 Travel Day) |
| Job Type: Land | Location: Greene County PA |
| Well Name: RHL-4J-HS | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 385.60 | 385.60 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 8,235.60 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,235.60 | USD |

MUDTECH_CHAISSON 001111



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **23208** |
| **Date:** | September 6, 2014 |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

| | | | |
|---|---|---|---|
| Due Date: | 9/6/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | |
|---|---|
| AFE #: 200875 | Billing Operator: MI Swaco NE |
| CONSULTANT:: Christopher Stockman | County/Par/St/Ctry: Marshall County WV |
| Customer: Noble Energy | Dates Worked: 08/23/2014 - 09/06/2014 |
| Job Type: Land | Location: Marshall County WV |
| Well Name: MND-5F-HS | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 15 | 500.00 | 7,500.00 |
| Per Diem | DAYS | 15 | 25.00 | 375.00 |
| Flight | EA | 1 | 355.60 | 355.60 |
| Rental | EA | 1 | 2,463.96 | 2,463.96 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 10,694.56 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 10,694.56 | USD |



**MUDTECHSERVICES**

## Environmental Solutions Group
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **23451** |
| **Date:** | **September 30, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

| | | | | |
|---|---|---|---|---|
| Due Date: | 9/30/2014 | | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | | Sales Person: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: 200875 | | Billing Operator: | MI Swaco NE |
| CONSULTANT:: Christopher Stockman | | County/Par/St/Ctry: | Marshall County WV |
| Customer: Noble Energy | | Dates Worked: | 9/21/2014 - 9/29/2014 |
| Job Type: Land | | Location: | Marshall County WV |
| Well Name: MND-5F-HS | | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 9 | 500.00 | 4,500.00 |
| Per Diem | DAYS | 9 | 25.00 | 225.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Hotel | EA | 1 | 1,243.19 | 1,243.19 |
| Rental Car | EA | 1 | 740.38 | 740.38 |
| Flight | EA | 1 | 334.10 | 334.10 |
| Flight | EA | 1 | 335.60 | 335.60 |
| Fuel | EA | 1 | 47.36 | 47.36 |
| Fuel | EA | 1 | 50.00 | 50.00 |
| Baggage Fee | EA | 1 | 25.00 | 25.00 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 8,000.63 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,000.63 | USD |



**MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **23655** |
| **Date:** | **October 23, 2014** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

| | | | | |
|---|---|---|---|---|
| Due Date: | 10/23/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | | | |
|---|---|---|---|
| AFE #: 200875 | | Billing Operator: MI Swaco NE |
| CONSULTANT:: Christopher Stockman | | County/Par/St/Ctry: Marshall County WV |
| Customer: Noble Energy | | Dates Worked: 10/10/2014 - 10/23/2014 (1 Travel Day) |
| Job Type: Land | | Location: Marshall County WV |
| Well Name: MND-5F-HS | | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 354.10 | 354.10 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 8,204.10 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 8,204.10 | USD |

MUDTECH_CHAISSON 001133

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

**Inv #:** 23775
**Date:** October 29, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

| | | | |
|---|---|---|---|
| Due Date: | 10/29/2014 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

AFE #: 200875
CONSULTANT:: Christopher Stockman
Customer: Noble Energy
Job Type: Land
Well Name: MND-5F-HS

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Dates Worked: 10/24/2014 - 10/29/2014
Location: Marshall County WV

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 6 | 500.00 | 3,000.00 |
| Per Diem | DAYS | 6 | 25.00 | 150.00 |
| Flight | EA | 1 | 337.60 | 337.60 |
| Hotel | EA | 1 | 112.86 | 112.86 |
| Rental | EA | 1 | 1,512.98 | 1,512.98 |
| Fuel for Rental | EA | 1 | 53.59 | 53.59 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 5,167.03 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 5,167.03 USD |

MUDTECH_CHAISSON 001138

 **MUDTECHSERVICES**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

**Inv #:**  **23899**
**Date:**  **November 22, 2014**

**BILL TO:**                                         **CONSULTANT**  Christopher Stockman
    New Tech Global Ventures

Due Date:    11/22/2014                    Customer ID:    M-NTGV001
Terms:        Due On Receipt                Sales Person:    William Stavinoha

---

AFE #:  200875                                      Billing Operator:  MI Swaco NE
CONSULTANT::  Christopher Stockman        County/Par/St/Ctry:  Marshall County WV
Customer:  Noble Energy                       Dates Worked:  11/9/2014 - 11/22/2014
Job Type:  Land                                    Location:  Marshall County WV
Well Name:  MND-5F-HS

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 500.00 | 7,000.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Fuel | EA | 1 | 48.01 | 48.01 |
| Flight | EA | 1 | 357.60 | 357.60 |
| Fuel | EA | 1 | 47.01 | 47.01 |

---

WE APPRECIATE YOUR BUSINESS!                     Subtotal:        8,302.62
**WIRING INSTRUCTIONS**                              Insurance Adj:        0.00
COMPASS - Operating                                      Tax:        0.00

**REDACTED**

                                                                    Total:        8,302.62  USD

Confidential

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

**Inv #:** 23990
**Date:** November 30, 2014

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

Due Date: 11/30/2014
Terms: Due On Receipt

Customer ID: M-NTGV001
Sales Person: William Stavinoha

AFE #: 200875
CONSULTANT:: Christopher Stockman
Customer: Noble Energy
Job Type: Land
Requisitioner: RJohnson

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Marshall County WV
Dates Worked: 11/23/2014 - 11/26/2014
Location: Marshall County WV
Well Name: MND-5F-HS

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 4 | 500.00 | 2,000.00 |
| Per Diem | DAYS | 4 | 25.00 | 100.00 |
| Fuel | EA | 1 | 42.00 | 42.00 |
| Rental Car | EA | 1 | 1,535.04 | 1,535.04 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 3,677.04 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 3,677.04  USD |

Confidential

MUDTECH_CHAISSON 001155



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

**Inv #:**  **24295**
**Date:**  **January 9, 2015**

**BILL TO:**                    **CONSULTANT**  Christopher Stockman
New Tech Global Ventures

Due Date:  1/9/2015              Customer ID:  M-NTGV001
Terms:  Due On Receipt          Sales Person:  William Stavinoha

AFE #:  52344                          Billing Operator:  MI Swaco NE
CONSULTANT::  Christopher Stockman     County/Par/St/Ctry:  Susquehanna County PA
Customer:  Cabot Oil & Gas            Dates Worked:  12/04/2014 - 12/23/2014
Job Type:  Land                       Location:  Susquehanna County PA
Well Name:  Foltz 7H

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 20 | 500.00 | 10,000.00 |
| Per Diem | DAYS | 20 | 25.00 | 500.00 |
| Travel Day | DAYS | 1 | 500.00 | 500.00 |
| Flight | EA | 1 | 493.60 | 493.60 |
| Hotel | EA | 1 | 148.19 | 148.19 |
| Hotel | EA | 1 | 148.19 | 148.19 |
| Rental Car | EA | 1 | 1,790.00 | 1,790.00 |
| Fuel for Rental | EA | 1 | 45.00 | 45.00 |
| Fuel for Rental | EA | 1 | 51.58 | 51.58 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 13,676.56 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 13,676.56 | USD |

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

**Inv #:** **24389**
**Date:** **January 16, 2015**

**BILL TO:**
  New Tech Global Ventures

**CONSULTANT**  Christopher Stockman

| | | | |
|---|---|---|---|
| Due Date: | 1/16/2015 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

---

AFE #:  52198
CONSULTANT::  Christopher Stockman
Customer:  Cabot Oil & Gas
Job Type:  Land
Well Name:  Reynen 3H

Billing Operator:  MI Swaco NE
County/Par/St/Ctry:  Susquehanna County PA
Dates Worked:  01/03/2015 - 01/16/2015 (1 Travel Day)
Location:  Susquehanna County PA

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 14 | 450.00 | 6,300.00 |
| Per Diem | DAYS | 14 | 25.00 | 350.00 |
| Travel Day | DAYS | 1 | 450.00 | 450.00 |
| Flight | EA | 1 | 430.10 | 430.10 |
| Hotel | EA | 1 | 99.90 | 99.90 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 7,630.00 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 7,630.00  USD |



**MudTech Services**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **24491** |
| **Date:** | **February 11, 2015** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Christopher Stockman

| | | | |
|---|---|---|---|
| Due Date: | 2/11/2015 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | |
|---|---|
| AFE #:  52198 | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Christopher Stockman | County/Par/St/Ctry:  Susquehanna County PA |
| Customer:  Cabot Oil & Gas | Dates Worked:  01/17/2015 - 01/22/2015 |
| Job Type:  Land | Location:  Susquehanna County PA |
| Well Name:  Reynen 3H | |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 20 | 450.00 | 9,000.00 |
| Travel Day | DAYS | 1 | 450.00 | 450.00 |
| Per Diem | DAYS | 20 | 25.00 | 500.00 |
| Flight | EA | 1 | 379.60 | 379.60 |
| Rental Car | EA | 1 | 1,391.99 | 1,391.99 |
| Flight | EA | 1 | 430.10 | 430.10 |
| Hotel | EA | 1 | 99.90 | 99.90 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | | |
|---|---|---|
| Subtotal: | 12,251.59 | |
| Insurance Adj: | 0.00 | |
| Tax: | 0.00 | |
| Total: | 12,251.59 | USD |



**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

Inv #: **24565**
Date: **February 28, 2015**

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

Due Date: 2/28/2015
Terms: Due On Receipt

Customer ID: M-NTGV001
Sales Person: William Stavinoha

---

AFE #: 52198
CONSULTANT:: Christopher Stockman
Customer: Cabot Oil & Gas
Job Type: Land
Requisitioner: RJohnson

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Susquehanna County PA
Dates Worked: 2/02/2015 - 2/21/2015
Location: Susquehanna County PA
Well Name: Reynen 3H

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 20 | 450.00 | 9,000.00 |
| Per Diem | DAYS | 20 | 25.00 | 500.00 |
| Travel Day | DAYS | 1 | 450.00 | 450.00 |
| Flight | EA | 1 | 382.10 | 382.10 |
| Fuel | EA | 1 | 17.77 | 17.77 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 10,349.87 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 10,349.87 USD |

Confidential

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX 77060

# INVOICE

Inv #: **24566**
Date: **February 28, 2015**

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

Due Date: 2/28/2015
Terms: Due On Receipt

Customer ID: M-NTGV001
Sales Person: William Stavinoha

---

AFE #: 52198
CONSULTANT:: Christopher Stockman
Customer: Cabot Oil & Gas
Job Type: Land
Requisitioner: RJohnson

Billing Operator: MI Swaco NE
County/Par/St/Ctry: Susquehanna County PA
Dates Worked: 2/22/2015 - 2/26/2015
Location: Susquehanna County PA
Well Name: Reynen 3H

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 5 | 450.00 | 2,250.00 |
| Per Diem | DAYS | 5 | 25.00 | 125.00 |
| Hotel | EA | 1 | 133.19 | 133.19 |
| Rental Car | EA | 1 | 1,603.18 | 1,603.18 |
| Flight | EA | 1 | 629.60 | 629.60 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 4,740.97 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 4,740.97 USD |

Confidential

MUDTECH_CHAISSON 001197

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

**Inv #:** **24566R**
**Date:** **February 28, 2015**

**BILL TO:**
New Tech Global Ventures

**CONSULTANT**  Christopher Stockman

| | | | |
|---|---|---|---|
| Due Date: | 2/28/2015 | Customer ID: | M-NTGV001 |
| Terms: | Due On Receipt | Sales Person: | William Stavinoha |

| | |
|---|---|
| AFE #:  52198 | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Christopher Stockman | County/Par/St/Ctry:  Susquehanna County PA |
| Customer:  Cabot Oil & Gas | Dates Worked:  2/22/2015 - 2/26/2015 |
| Job Type:  Land | Location:  Susquehanna County PA |
| Requisitioner:  RJohnson | Well Name:  Reynen 3H |

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 5 | 450.00 | 2,250.00 |
| Per Diem | DAYS | 5 | 25.00 | 125.00 |
| Hotel | EA | 1 | 158.19 | 158.19 |
| Rental Car | EA | 1 | 1,603.18 | 1,603.18 |
| Flight | EA | 1 | 629.60 | 629.60 |

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 4,765.97 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 4,765.97  USD |

Confidential

 **MudTechServices**

**Environmental Solutions Group**
*a division of MudTech Services LP*
1030 Regional Park Dr.
Houston, TX  77060

# INVOICE

| | |
|---|---|
| **Inv #:** | **24565R** |
| **Date:** | **February 28, 2015** |

**BILL TO:**
New Tech Global Ventures

**CONSULTANT** Christopher Stockman

| | |
|---|---|
| Due Date: | 2/28/2015 |
| Terms: | Due On Receipt |

| | |
|---|---|
| Customer ID: | M-NTGV001 |
| Sales Person: | William Stavinoha |

---

| | |
|---|---|
| AFE #:  52198 | Billing Operator:  MI Swaco NE |
| CONSULTANT::  Christopher Stockman | County/Par/St/Ctry:  Susquehanna County PA |
| Customer:  Cabot Oil & Gas | Dates Worked:  2/02/2015 - 2/21/2015 |
| Job Type:  Land | Location:  Susquehanna County PA |
| Requisitioner:  RJohnson | Well Name:  Reynen 3H |

---

| Description | Unit | Quantity | Rate | Ext. Amount |
|---|---|---|---|---|
| Consulting Services | DAYS | 20 | 450.00 | 9,000.00 |
| Per Diem | DAYS | 20 | 25.00 | 500.00 |
| Travel Day | DAYS | 1 | 450.00 | 450.00 |
| Flight | EA | 1 | 382.10 | 382.10 |
| Fuel | EA | 1 | 17.77 | 17.77 |
| Hotel | EA | 1 | 122.09 | 122.09 |

---

WE APPRECIATE YOUR BUSINESS!
**WIRING INSTRUCTIONS**
COMPASS - Operating

**REDACTED**

| | |
|---|---|
| Subtotal: | 10,471.96 |
| Insurance Adj: | 0.00 |
| Tax: | 0.00 |
| Total: | 10,471.96  USD |

Confidential